IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 25-18000-DER |
| | ) | (Chapter 11) |
| THE INNOVATIVE TECHNOLOGIES | ) | |
| GROUP & CO., LTD | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as proposed counsel for related entity Blue Sun Scientific, LLC, a debtor-in-possession in case number 25-17998 in this Honorable Court, and cause all court papers and notices to be served on the undersigned accordingly.

Respectfully submitted,

Dated: August 31, 2025

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Proposed Counsel for Blue Sun Scientific, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Jeffrey M. Orenstein   jorenstein@wolawgroup.com
- US Trustee - Baltimore   USTPRegion04.BA.ECF@USDOJ.GOV

/s/ Maurice B. VerStandig
Maurice B. VerStandig

1