UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007 and 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned certifies that there are no entities that directly or indirectly own 10% or more of any class of the Debtor's equity interests. The Debtor is solely owned by an individual, Robert Wilt.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed Attorneys for the Debtor

1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on the 2nd day of Septemebr, 2025, (i) a copy of the foregoing was served by electronic mail to:

Gerard R. Vetter, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
Gerrard.R.Vetter@usdoj.gov

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
Hugh.M.Bernstein@usdoj.gov

                                    /s/ Jeffrey M. Orenstein
                                    Jeffrey M. Orenstein