UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re<br><br>**THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD**<br><br>Debtor in Possession. | CASE NO. **25-18000-DER**<br><br>Chapter 11 |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that Timothy R. VanCisin of Gebhardt & Smith LLP hereby enters his appearance in the above-captioned case as additional counsel to Sandy Spring Bank, a division of Atlantic Union Bank. Michael D. Nord of Gebhardt & Smith LLP will remain as counsel to Sandy Spring Bank as well. The undersigned hereby requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone, facsimile numbers or e-mail addresses indicated below:

> Timothy R. VanCisin (Bar No.: 21538)
> Gebhardt & Smith LLP
> One South Street, Suite 2200
> Baltimore, Maryland 21202
> 410-385-5020
> TVanCisin@gebsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Respectfully submitted,

*/s/ Timothy R. VanCisin*
Michael D. Nord, Esquire (Bar No. 04395)
Timothy R. VanCisin (Bar No. 21538)
GEBHARDT AND SMITH, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5020
tvancisin@gebsmith.com

*Counsel to Sandy Spring Bank, a division of Atlantic Union Bank*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 3rd day of September, 2025, I electronically filed the foregoing *Notice of Entry of Appearance And Request for Service Notices and Other Papers* electronically on all parties registered to receive notice in the above-captioned case via the Court's CM/ECF automated case management and electronic docketing system, including:

    Jeffrey M. Orenstein    jorenstein@wolawgroup.com
    US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
    Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com, mahlon@dcbankruptcy.com, mac@dcbankruptcy.com, verstandig.mauricer104982@notify.bestcase.com, verstandiglaw@recap.email

                                                */s/ Timothy R. VanCisin*
                                                Timothy R. VanCisin