United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-18000-DER |
| The Innovative Technologies Group & Co., | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 02, 2025 | Form ID: 309F1 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| aty | + | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| 32946759 | + | Aaron Coleman, 6008 Quebec St., Berwyn Heights, MD 20740-2736 |
| 32946761 | + | Allied Waste Service, 8145 Reichs Ford Rd, Frederick, MD 21704-6647 |
| 32946762 | + | Altantic Union Bank, c/o CSC Lawyers Incorporating Service Co, 7 St. Paul Street, Suite 820, Baltimore, MD 21202-1681 |
| 32946765 | + | Berkshire Life Ins C, 700 South Street, Pittsfield, MA 01201-8285 |
| 32946766 | + | Blue Sun Scientific, LLC, 8017 Dorsey Run Road, Jessup, MD 20794-9371 |
| 32946767 | + | Business Finance Group, Inc., 3930 Pender Drive, Suite 300, Fairfax, VA 22030-0986 |
| 32946825 | + | Care First, 1501 South Clinton Street, Baltimore, MD 21224-5744 |
| 32946769 | + | Carol-Ann J. Hulme, Esq., US Small Business A, 100 S Charles St, Suite 1201, Baltimore, MD 21201-2714 |
| 32946770 | + | Cathy Wilt, 22189 Bayshore Road, Chestertown, MD 21620-4406 |
| 32946773 | + | Comcast Corporation, c/o CSC-LAWYERS INCORPORATING SERVICE CO, 7 St. Paul St., Ste. 820, Baltimore, MD 21202-1681 |
| 32946774 | + | David Bush, 5905 Crawford Dr, Rockville, MD 20851-1724 |
| 32946775 | + | Digi-Key Corporation, 701 Brooks Ave S, Thief River Falls, MN 56701-2703 |
| 32946776 | + | Edward D. Jones & Co.. LP, 12555 Manchester Road, Saint Louis, MO 63131-3710 |
| 32946777 | + | Esco Products, 2501 Central Parkway, Suite A-5, Houston, TX 77092-7726 |
| 32946779 | + | GPD Optoelectronics, 7 Manor Parkway, Salem, NH 03079-2842 |
| 32946778 | + | Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4346 |
| 32946780 | + | HT Machine Shop, LLC, 2712 Occidental Drive, Vienna, VA 22180-7058 |
| 32946781 | + | Hunt Manor Insurance, 35 Fulford Ave, Suite 202, Bel Air, MD 21014-3941 |
| 32946784 | + | ITProp, LLC, 10240 Old Columbia Road, Columbia, MD 21046-2370 |
| 32946786 | + | ITProp, LLC, c/o Howard E. Deutch, Resident Ag, 2901 S. Leisure World Blvd., Silver Spring, MD 20906-8356 |
| 32946782 | + | Intelliworks HT, PO Box 899, Norwalk, OH 44857-0899 |
| 32946783 | + | Irvin Lucas, 6835 Laurel Canyon Blvd., Apt. 110, North Hollywood, CA 91605-5678 |
| 32946787 | + | KPM Analytics North America Corporation, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32946789 | + | KPM Analytics North America Corporation, Miles & Stockbridge, P.C., 100 Light Street, Baltimore, MD 21202-1036 |
| 32946790 | + | Lana Sapojnik, 3204 Old Post Dr #6, Pikesville, MD 21208-3214 |
| 32946791 | + | Lev Gutman, 11 Pickersgill Square, Owings Mills, MD 21117-4510 |
| 32946792 | + | Linda Taylor, 3555 Floating Leaf Lane, Laurel, MD 20724-1995 |
| 32946797 | + | MSC Industrial Supply, 525 Harbour Place Drive, Davidson, NC 28036-7444 |
| 32946793 | + | Marlon Vaughn, 102 Trebeck Trail, Falling Waters, WV 25419-1620 |
| 32946794 | + | McMaster-Carr Supply, P.O. Box 4355, Chicago, IL 60680-4355 |
| 32946795 | + | Mega Electronics, 4B Jules Lane, New Brunswick, NJ 08901-3636 |
| 32946796 | + | Michael D. Nord, Esq., Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 |
| 32946798 | + | Newark Electronics, 4180 Highlander Pkwy, Richfield, OH 44286-9352 |
| 32946799 | + | Paige Zacharakis, Esq., Morse, Barnes-Brown & Pendleton, P.C., 480 Totten Pond Road, 4th Foor, Waltham, MA 02451-1908 |
| 32946800 | + | R/S Electronics, Inc., 4 Professional Drive, Suite 118, Gaithersburg, MD 20879-3424 |
| 32946801 | + | R/S Electronics, Inc., c/o Ravinder S. Arneja,, 7844 Beechcraft Ave, Gaithersburg, MD 20879-1542 |
| 32946802 | + | Robert Gajewski, 2728 Leonard Lane, North Aurora, IL 60542-6002 |
| 32946803 | + | Robert Wilt, 22189 Bayshore Road, Chestertown, MD 21620-4406 |
| 32946804 | + | Sandy Spring Bank, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32946806 | + | Sandy Spring Bank, c/o Kimberly Sargent, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32946805 | + | Sandy Spring Bank, c/o Daniel J. Schrider, Resident Agent, 17801 Georgia Avenue, Olney, MD 20832-2267 |
| 32946807 | + | Scott R. Magee, Esq., Morse, Barnes-Brown & Pendleton, P.C., 480 Totten Pond Road, 4th Floor, Waltham, MA 02451-1908 |
| 32946808 | + | Smith Duggan Cornell & Gollub LLP, c/o Dana Zakarian, Esq., 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |

| District/off: 0416-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2025 | Form ID: 309F1 | Total Noticed: 63 |

| | | |
|---|---|---|
| 32946809 | + | T&M Machine Shop, 12201-A Distribution Way, Beltsville, MD 20705-1418 |
| 32946810 | + | Terrace Assembly, 395 Timberton Circle, Bellefonte, PA 16823-9071 |
| 32946811 | + | The Hartford Insurance Group, Inc., 690 Asylum Avenue, Hartford, CT 06155-0002 |
| 32946812 | + | Todd & Weld LLP, One Federal Street, Boston, MA 02110-2010 |
| 32946814 | + | UPS Corporate Legal Department, 55 Glenlake Parkway NE, Atlanta, GA 30328-3474 |
| 32946815 | + | US Bank Equipment, PO Box 230789, Portland, OR 97281-0789 |
| 32946813 | + | United States Small Business Administration, City Crescent Building, 10 S. Howard Street, Suite 6220, Baltimore, MD 21201-2526 |
| 32946818 | + | Vital Records Control, f/k/a Proshred, 803 Pressley Road, Unit 108, Charlotte, NC 28217-0971 |
| 32946768 | | c/o Michael B. Brown, Esq., Miles & Stockbridge, P.C., Light Street, Baltimore, MD 21202 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jorenstein@wolawgroup.com | Sep 02 2025 20:15:00 | Jeffrey M. Orenstein, Wolff & Orenstein, LLC, 15245 Shady Grove Road, Suite 465, North Lobby, Rockville, MD 20850 |
| 32946760 | + Email/Text: mgeorge@aflac.com | Sep 02 2025 20:16:00 | AFLAC, 1932 Wynnton Rd., Columbus, GA 31999-0002 |
| 32946763 | + EDI: ATTWIREBK.COM | Sep 03 2025 00:10:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 32946764 | ^ MEBN | Sep 02 2025 20:11:31 | Baltimore Gas & Electric, P.O. Box 13070, Philadelphia, PA 19101-3070 |
| 32946771 | + EDI: ATTWIREBK.COM | Sep 03 2025 00:10:00 | Cingular Wireless, 5600 Glenridge Dr NE, Sandy Springs, GA 30342-6902 |
| 32946772 | + EDI: COMCASTCBLCENT | Sep 03 2025 00:10:00 | Comcast, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 32946817 | + Email/Text: bankruptcynotices@sba.gov | Sep 02 2025 20:16:00 | US Small Business Administration, 403 3rd Street SW, Washington, DC 20416-0001 |
| 32946819 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 02 2025 20:25:33 | Wells Fargo, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32946788 | | KPM Analytics North America Corporation |
| 32946785 | *+ | ITProp, LLC, 10240 Old Columbia Rd, Columbia, MD 21046-2370 |
| 32946816 | * | US Bank Equipment, PO Box 230789, Portland, OR 97281-0789 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0416-1 | User: admin | Page 3 of 3
Date Rcvd: Sep 02, 2025 | Form ID: 309F1 | Total Noticed: 63

Date: Sep 04, 2025   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 2

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **The Innovative Technologies Group & Co., LTD** <br> Name | EIN | **52–2048366** |
| United States Bankruptcy Court | **District of Maryland** | Date case filed for chapter **11** | **8/29/25** |
| Case number: **25–18000 DER** | Chapter: **11** | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | The Innovative Technologies Group & Co., LTD | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8017 Dorsey Run Road <br> Suite H <br> Jessup, MD 20794 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeffrey M. Orenstein <br> Wolff & Orenstein, LLC <br> 15245 Shady Grove Road <br> Suite 465, North Lobby <br> Rockville, MD 20850 | Contact phone (301) 250–7232 <br> Email: jorenstein@wolawgroup.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division <br> 101 West Lombard Street, Ste. 8530 <br> Baltimore, MD 21201 <br><br> Clerk of the Bankruptcy Court: <br> Mark A. Neal | Hours open: <br> 8:45 – 4:00 PM <br><br> Contact phone  (410) 962–2688 <br><br> Date: 9/2/25 |

**For more information, see page 2 >**

| Debtor **The Innovative Technologies Group & Co., LTD** | Case number **25–18000** |
|---|---|

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **October 8, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Telephonic Meeting, Call 1–888–330–1716, Access Code 6624329#**<br><br>**For additional meeting information go to https://go.usa.gov/xeHZq.** |
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim:**<br>For all creditors (except a governmental unit):  **1/6/26**<br>For a governmental unit:  **2/25/26**<br><br>A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic-filing-claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8.** | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| **12.** | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non-debtors) can register at ebn.uscourts.gov. | |