# ITGC 30 Day Budget

## Receivables

| Account Name | $ Amount |
|---|---|
| Blue Sun 25-0519-1LT | $ 17,710.00 |
| Blue Sun 25-0610-1LT | $ 13,642.50 |
| Blue Sun 25-0616-2LT | $ 18,153.12 |
| Blue Sun 25-0805-1LT | $ 450.00 |
| Blue Sun 25-0811-2LT | $ 325.00 |
| Blue Sun 25-0811-1LT | $ 162.50 |
| Blue Sun 25-0729-3LT | $ 24,000.00 |
| Blue Sun 25-0604-1LT | $ 17,027.50 |
| Nordson | $ 2,197.62 |
| Spectro Scientific | $ 15,200.00 |
| Blue Sun 25-0728-2LT | $ 20,800.00 |
| **Total** | **$ 129,668.24** |

## Expenses

| Type | $ Amount |
|---|---|
| HOA | $ 647.42 |
| Insurance | $ 9,181.15 |
| Office | $ 1,116.06 |
| Professional Services | $ 30,000.00 |
| Raw Materials | $ 35,000.00 |
| Rent | $ 4,358.00 |
| Sandy Spring LOC | $ 750.00 |
| SBA Loan | $ 731.00 |
| Utilities | $ 3,120.24 |
| Wages | $ 27,000.00 |
|  | $ 111,903.87 |

**Exhibit A**