# ITGC 90 Day Budget

## Receivables

| Account Name | $ Amount |
|---|---|
| Blue Sun 25-0519-1LT | $ 17,710.00 |
| Blue Sun 25-0610-1LT | $ 13,642.50 |
| Blue Sun 25-0616-1LT | $ 18,153.12 |
| Blue Sun 25-0805-1LT | $ 450.00 |
| Blue Sun 25-0811-2LT | $ 325.00 |
| Blue Sun 25-0811-1LT | $ 162.50 |
| Blue Sun 25-0729-3LT | $ 24,000.00 |
| Blue Sun 25-0604-1LT | $ 17,027.50 |
| Nordson | $ 2,197.62 |
| Spectro Scientific | $ 15,200.00 |
| Blue Sun 25-0728-2LT | $ 20,800.00 |
| Nordson | $ 17,935.00 |
| Blue Sun 25-0528-1LT | $ 24,000.00 |
| UAS | $ 22,794.00 |
| Blue Sun 244 | $ 17,200.00 |
| Blue Sun 25-0616-2LT | $ 24,000.00 |
| Spectro Scientific | $ 7,600.00 |
| Blue Sun 245 | $ 49,400.00 |
| Blue Sun (Nutrien) | $ 28,500.00 |
| Blue Sun (TN St) | $ 20,800.00 |
| Blue Sun (Stanworth) | $ 28,500.00 |
| Blue Sun 248 | $ 15,200.00 |
| | $ 385,597.24 |

## Expenses

| Type | $ Amount |
|---|---|
| HOA | $ 1,942.26 |
| Insurance | $ 25,833.71 |
| Office Expenses | $ 3,348.18 |
| Professional Services | $ 90,000.00 |
| Raw Materials | $ 107,000.00 |
| Rent | $ 13,074.00 |
| Sandy Spring LOC | $ 2,250.00 |
| SBA Loan | $ 2,193.00 |
| Utilities | $ 9,360.72 |
| Wages | $ 81,000.00 |
| | $ 336,001.87 |

**Exhibit C**