# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | CASE NO: 25-18000<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/5/2025, I did cause a copy of the following documents, described below,

Cash Collateral Motion

Exhibit A

Exhibit B

Exhibit C

Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/5/2025

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850
301 250 7232
jwolff@wolawgroup.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | CASE NO: 25-18000<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 9/5/2025, a copy of the following documents, described below,

Cash Collateral Motion

Exhibit A

Exhibit B

Exhibit C

Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/5/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-18000<br>DISTRICT OF MARYLAND<br>FRI SEP 5 10-51-0 PST 2025 | BLUE SUN SCIENTIFIC  LLC<br>8017 DORSEY RUN RD<br>SUITE H<br>JESSUP  MD 20794-9372 | ~~EXCLUDE~~<br>~~(U)FOR INTERNAL USE ONLY~~ |
| SANDY SPRING BANK  A DIVISION OF ATLANTIC UN<br>CO MICHAEL D NORD<br>GEBHARDT  SMITH LLP<br>1 SOUTH STREET  SUITE 2200<br>BALTIMORE  MD 21202-3343 | DEBTOR<br>THE INNOVATIVE TECHNOLOGIES GROUP  CO LTD<br>8017 DORSEY RUN ROAD<br>SUITE H<br>JESSUP  MD 20794-9372 | AFLAC<br>1932 WYNNTON RD<br>COLUMBUS  GA 31999-0002 |
| ATT MOBILITY<br>PO BOX 6416<br>CAROL STREAM  IL 60197-6416 | AARON COLEMAN<br>6008 QUEBEC ST<br>BERWYN HEIGHTS  MD 20740-2736 | ALLIED WASTE SERVICE<br>8145 REICHS FORD RD<br>FREDERICK  MD 21704-6647 |
| ALTANTIC UNION BANK<br>CO CSC LAWYERS INCORPORATING SERVICE CO<br>7 ST PAUL STREET  SUITE 820<br>BALTIMORE  MD 21202-1681 | BALTIMORE GAS  ELECTRIC<br>PO BOX 13070<br>PHILADELPHIA  PA 19101-3070 | BERKSHIRE LIFE INS C<br>700 SOUTH STREET<br>PITTSFIELD  MA 01201-8285 |
| BLUE SUN SCIENTIFIC  LLC<br>8017 DORSEY RUN ROAD<br>JESSUP  MD 20794-9371 | BLUE SUN SCIENTIFIC  LLC<br>CO MAURICE B VERSTANDIG  ESQ<br>THE VERSTANDIG LAW FIRM  LLC<br>9812 FALLS ROAD  114-160<br>POTOMAC  MARYLAND 20854-3976 | BUSINESS FINANCE GROUP  INC<br>3930 PENDER DRIVE<br>SUITE 300<br>FAIRFAX  VA 22030-0986 |
| CARE FIRST<br>1501 SOUTH CLINTON STREET<br>BALTIMORE  MD 21224-5744 | CAROLANN J HULME  ESQ<br>US SMALL BUSINESS A<br>100 S CHARLES ST<br>SUITE 1201<br>BALTIMORE  MD 21201-2714 | CATHY WILT<br>22189 BAYSHORE ROAD<br>CHESTERTOWN  MD 21620-4406 |
| CINGULAR WIRELESS<br>5600 GLENRIDGE DR NE<br>SANDY SPRINGS  GA 30342-6902 | COMCAST<br>1701 JOHN F KENNEDY BLVD<br>PHILADELPHIA  PA 19103-2899 | COMCAST CORPORATION<br>CO CSCLAWYERS INCORPORATING SERVICE CC<br>7 ST PAUL ST  STE 820<br>BALTIMORE  MD 21202-1681 |
| DAVID BUSH<br>5905 CRAWFORD DR<br>ROCKVILLE  MD 20851-1724 | DIGIKEY CORPORATION<br>701 BROOKS AVE S<br>THIEF RIVER FALLS  MN 56701-2703 | EDWARD D JONES  CO LP<br>12555 MANCHESTER ROAD<br>SAINT LOUIS  MO 63131-3710 |
| ESCO PRODUCTS<br>2501 CENTRAL PARKWAY<br>SUITE A-5<br>HOUSTON  TX 77092-7726 | GPD OPTOELECTRONICS<br>7 MANOR PARKWAY<br>SALEM  NH 03079-2842 | GORDON FEINBLATT LLC<br>1001 FLEET STREET<br>SUITE 700<br>BALTIMORE  MD 21202-4346 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HT MACHINE SHOP  LLC<br>2712 OCCIDENTAL DRIVE<br>VIENNA  VA 22180-7058 | HUNT MANOR INSURANCE<br>35 FULFORD AVE<br>SUITE 202<br>BEL AIR  MD 21014-3941 | ITPROP  LLC<br>10240 OLD COLUMBIA RD<br>COLUMBIA  MD 21046-2370 |
| ~~EXCLUDE~~<br>~~(D)ITPROP  LLC~~<br>~~10240 OLD COLUMBIA ROAD~~<br>~~COLUMBIA  MD 21046-2370~~ | ITPROP  LLC<br>CO HOWARD E DEUTCH  RESIDENT AG<br>2901 S LEISURE WORLD BLVD<br>SILVER SPRING  MD 20906-8356 | INTELLIWORKS HT<br>PO BOX 899<br>NORWALK  OH 44857-0899 |
| IRVIN LUCAS<br>6835 LAUREL CANYON BLVD<br>APT 110<br>NORTH HOLLYWOOD  CA 91605-5678 | ~~EXCLUDE~~<br>~~(U)KPM ANALYTICS NORTH AMERICA~~<br>~~CORPORATION~~ | KPM ANALYTICS NORTH AMERICA CORPORATIC<br>8 TECHNOLOGY DRIVE<br>WESTBOROUGH  MA 01581-1756 |
| KPM ANALYTICS NORTH AMERICA CORPORATION<br>MILES  STOCKBRIDGE  PC<br>100 LIGHT STREET<br>BALTIMORE  MD 21202-1036 | LANA SAPOJNIK<br>3204 OLD POST DR 6<br>PIKESVILLE  MD 21208-3214 | LEV GUTMAN<br>11 PICKERSGILL SQUARE<br>OWINGS MILLS  MD 21117-4510 |
| LINDA TAYLOR<br>3555 FLOATING LEAF LANE<br>LAUREL  MD 20724-1995 | MSC INDUSTRIAL SUPPLY<br>525 HARBOUR PLACE DRIVE<br>DAVIDSON  NC 28036-7444 | MARLON VAUGHN<br>102 TREBECK TRAIL<br>FALLING WATERS  WV 25419-1620 |
| MCMASTERCARR SUPPLY<br>PO BOX 4355<br>CHICAGO  IL 60680-4355 | MEGA ELECTRONICS<br>4B JULES LANE<br>NEW BRUNSWICK  NJ 08901-3636 | MICHAEL D NORD  ESQ<br>GEBHARDT  SMITH LLP<br>ONE SOUTH STREET  SUITE 2200<br>BALTIMORE  MD 21202-3343 |
| NEWARK ELECTRONICS<br>4180 HIGHLANDER PKWY<br>RICHFIELD  OH 44286-9352 | PAIGE ZACHARAKIS  ESQ<br>MORSE  BARNESBROWN  PENDLETON  PC<br>480 TOTTEN POND ROAD  4TH FOOR<br>WALTHAM  MA 02451-1908 | RS ELECTRONICS  INC<br>4 PROFESSIONAL DRIVE<br>SUITE 118<br>GAITHERSBURG  MD 20879-3424 |
| RS ELECTRONICS  INC<br>CO RAVINDER S ARNEJA<br>7844 BEECHCRAFT AVE<br>GAITHERSBURG  MD 20879-1542 | ROBERT GAJEWSKI<br>2728 LEONARD LANE<br>NORTH AURORA  IL 60542-6002 | ROBERT WILT<br>22189 BAYSHORE ROAD<br>CHESTERTOWN  MD 21620-4406 |
| SANDY SPRING BANK<br>17801 GEORGIA AVENUE<br>OLNEY  MD 20832-2267 | SANDY SPRING BANK<br>CO DANIEL J SCHRIDER  RESIDENT AGENT<br>17801 GEORGIA AVENUE<br>OLNEY  MD 20832-2267 | SANDY SPRING BANK<br>CO KIMBERLY SARGENT<br>17801 GEORGIA AVENUE<br>OLNEY  MD 20832-2267 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SCOTT R MAGEE ESQ<br>MORSE BARNESBROWN PENDLETON PC<br>480 TOTTEN POND ROAD 4TH FLOOR<br>WALTHAM MA 02451-1908 | SMITH DUGGAN CORNELL GOLLUB LLP<br>CO DANA ZAKARIAN ESQ<br>55 OLD BEDFORD ROAD SUITE 300<br>LINCOLN MA 01773-1125 | TM MACHINE SHOP<br>12201A DISTRIBUTION WAY<br>BELTSVILLE MD 20705-1418 |
| TERRACE ASSEMBLY<br>395 TIMBERTON CIRCLE<br>BELLEFONTE PA 16823-9071 | THE HARTFORD INSURANCE GROUP INC<br>690 ASYLUM AVENUE<br>HARTFORD CT 06155-0002 | TODD WELD LLP<br>ONE FEDERAL STREET<br>BOSTON MA 02110-2010 |
| UPS CORPORATE LEGAL DEPARTMENT<br>55 GLENLAKE PARKWAY NE<br>ATLANTA GA 30328-3474 | US BANK EQUIPMENT<br>PO BOX 230789<br>PORTLAND OR 97281-0789 | ~~EXCLUDE~~<br>~~(D)US BANK EQUIPMENT~~<br>~~PO BOX 230789~~<br>~~PORTLAND OR 97281-0789~~ |
| US SMALL BUSINESS ADMINISTRATION<br>100 S CHARLES STREET SUITE 1201<br>721 19TH STREET SUITE 301<br>BALTIMORE MD 20201 | US SMALL BUSINESS ADMINISTRATION<br>403 3RD STREET SW<br>WASHINGTON DC 20416-0001 | US TRUSTEE BALTIMORE<br>GARMATZ FEDERAL COURTHOUSE<br>101 WEST LOMBARD STREET<br>SUITE 2625<br>BALTIMORE MD 21201-2668 |
| UNITED STATES SMALL BUSINESS<br>ADMINISTRATION<br>CITY CRESCENT BUILDING<br>10 S HOWARD STREET SUITE 6220<br>BALTIMORE MD 21201-2526 | VITAL RECORDS CONTROL<br>FKA PROSHRED<br>803 PRESSLEY ROAD<br>UNIT 108<br>CHARLOTTE NC 28217-0971 | WELLS FARGO<br>PO BOX 51193<br>LOS ANGELES CA 90051-5493 |
| CO MICHAEL B BROWN ESQ<br>MILES STOCKBRIDGE PC<br>LIGHT STREET<br>BALTIMORE MD 21202 | JEFFREY M ORENSTEIN<br>WOLFF ORENSTEIN LLC<br>15245 SHADY GROVE ROAD<br>SUITE 465 NORTH LOBBY<br>ROCKVILLE MD 20850-3222 | |