UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | *   No. 25-18000-DER<br>Chapter 11 |
| | * |
| Debtor | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

LINE REGARDING PROPOSED CONSENT ORDER
AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL
AND GRANTING ADEQUATE PROTECTION TO SANDY SPRING BANK,
A DIVISION OF ATLANTIC UNION BANK, PURSUANT TO 11 U.S.C. § 363

TO THE CLERK OF THE COURT:

On September 5, 2025, the Debtor filed its Consent Motion for Entry of Order Authorizing Debtor's Use of Cash Collateral and Granting Adequate Protection to Sandy Spring Bank, a Division of Atlantic Union Bank, Pursuant to 11 U.S.C. § 363 (the "Motion") (Dkt. No. 15).  In filing the Motion, the proposed Consent Order Authorizing Debtor's Use of Cash Collateral and Granting Adequate Protection to Sandy Spring Bank, a Division of Atlantic Union Bank, Pursuant to 11 U.S.C. § 363 (the "Proposed Order"), that was supposed to have been filed with the Motion was inadvertently omitted and a second copy of the Motion was filed in its place.  A copy of the Proposed Order is attached hereto.  Please associate the Proposed Order with the Motion.

Respectfully submitted,

[signature on following page]

<u>\s\ Jeffrey M. Orenstein</u>
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed counsel for the Debtor
