UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | *   No. 25-18000-DER<br>Chapter 11 |
| | * |
| Debtor | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>LINE REGARDING UNITED STATES SMALL
BUSINESS ASSOCIATION'S CONSENT TO USE OF CASH COLLATERAL</u>

TO THE CLERK OF THE COURT:

Please take notice that the United States Small Business Administration has consented to the Debtor's use of its cash collateral. A copy of the e-mail exchange evidencing the consent is attached hereto.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed counsel for the Debtor