# Jeffrey Orenstein

| | |
|---|---|
| **From:** | Hulme, Carol-Ann J. <Carol-Ann.Hulme@sba.gov> |
| **Sent:** | Thursday, September 4, 2025 3:22 PM |
| **To:** | Jeffrey Orenstein |
| **Cc:** | Matt Abbott |
| **Subject:** | RE: Innovative Technologies Group FRE 408 - for settlement purposes only |

Thank you. SBA agrees to the use of cash collateral.

Carol J. Hulme
District Counsel
Richmond/Baltimore District Offices
U.S. Small Business Administration
100 S. Charles St., Ste 1201
Baltimore, MD 21201
(202) 205-6347
carol-ann.hulme@sba.gov

---

**From:** Jeffrey Orenstein <JOrenstein@wolawgroup.com>
**Sent:** Thursday, September 4, 2025 3:07 PM
**To:** Hulme, Carol-Ann J. <Carol-Ann.Hulme@sba.gov>
**Cc:** Matt Abbott <MAbbott@wolawgroup.com>
**Subject:** RE: Innovative Technologies Group FRE 408 - for settlement purposes only

CAUTION [External] - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Report suspicious emails using the "Report Message" option in Outlook".

I am on a break from a Zoom hearing and just saw your message. The draft Budget is attached. You will note, there are 30-, 60-, and 90-day budgets included. Let me know if you have any questions and I will get back to you as soon as I can.

Jeff

*Jeffrey M. Orenstein, Member*
Wolff, & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, Maryland  20850
Office Phone:  (301) 250-7232
Fax:  (301) 816-0592

This e-mail and any attachments are confidential and intended exclusively for the individual or entity to whom this e-mail is addressed.  If you are not the person to whom this e-mail is addressed, you are hereby notified that any use of this e-mail including reading, distributing, and/or copying this e-mail is unauthorized and prohibited.

<span style="color:red">If you have received this e-mail in error, please immediately notify us by telephone at 301-250-7232.
Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any plan or arrangement addressed herein.</span>

**From:** Hulme, Carol-Ann J. <Carol-Ann.Hulme@sba.gov>
**Sent:** Thursday, September 4, 2025 2:16 PM
**To:** Jeffrey Orenstein <JOrenstein@wolawgroup.com>
**Cc:** Matt Abbott <MAbbott@wolawgroup.com>
**Subject:** RE: Innovative Technologies Group FRE 408 - for settlement purposes only

Jeff,

Could you send Ex. K?

Thanks,

Carol

Carol J. Hulme
District Counsel
Richmond/Baltimore District Offices
U.S. Small Business Administration
100 S. Charles St., Ste 1201
Baltimore, MD 21201
(202) 205-6347
carol-ann.hulme@sba.gov


**From:** Jeffrey Orenstein <JOrenstein@wolawgroup.com>
**Sent:** Friday, August 29, 2025 9:21 AM
**To:** Hulme, Carol-Ann J. <Carol-Ann.Hulme@sba.gov>
**Cc:** Matt Abbott <MAbbott@wolawgroup.com>
**Subject:** Innovative Technologies Group FRE 408 - for settlement purposes only


CAUTION [External] - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Report suspicious emails using the "Report Message" option in Outlook".

Good morning.  I had previously written you about this case which is likely to be filed today as a Chapter 11 in the Maryland Bankruptcy Court.  The SBA appears to be in second position on the Debtor's assets, and I have drafted a cash collateral motion (attached).  I was hoping to get your input before I file and was also hoping to get an agreement on the use of cash collateral before I file.  Sandy Spring Bank is in first position, and I am already in discussions with its counsel.  I know you had been out of the office but have been told you are likely back now.

Please contact me to discuss.

Thank you

Jeff

**Jeffrey M. Orenstein, Member**
Wolff, & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, Maryland  20850
Office Phone:  (301) 250-7232
Fax:  (301) 816-0592

This e-mail and any attachments are confidential and intended exclusively for the individual or entity to whom this e-mail is addressed.  If you are not the person to whom this e-mail is addressed, you are hereby notified that any use of this e-mail including reading, distributing, and/or copying this e-mail is unauthorized and prohibited.

If you have received this e-mail in error, please immediately notify us by telephone at 301-250-7232.
Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any plan or arrangement addressed herein.