UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

IN RE:                                                    *

THE INNOVATIVE TECHNOLOGIES                *    No. 25-18000-DER
GROUP & CO., LTD                                         Chapter 11
                                                         *
              Debtor
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED BY DEBTOR</u>

Dana Zakarian and Smith Duggan Cornell & Gollub LLP ("Smith Duggan") as the

proposed special counsel for The Innovative Technologies Group & Co., LTD (the "Debtor"),

Debtor and Debtor-in-Possession, pursuant to 11 U.S.C. § 327(e) and Federal Rule of

Bankruptcy Procedure 2014(a), respectfully represent:

1.      I, Dana Zakarian, am a Partner of Smith Duggan, which maintains its principal

office for the practice of law at 55 Old Bedford Road, Suite 300, Lincoln, Massachusetts 01773.

2.      I am admitted to practice before the state and federal courts located in the

Commonwealth of Massachusetts including the United States District Court for the District of

Massachusetts. I am also admitted to practice before the United States District Court for the

District of Columbia.

3.      I am also admitted to practice before the United States Court of Appeals for the

First Circuit.

4.      Since February 26, 2025, Smith Duggan has been representing the Debtor and

Blue Sun Scientific, LLC ("Blue Sun") in connection with an appeal from a decision against the

Debtor and Blue Sun and in favor of KPM Analytics North America Corporation ("KPM") a

competitor of the Debtor, that was entered by the United States District Court for the District of Massachusetts.

5.       On or about March 20, 2025, Smith Duggan received an initial retainer of $20,000.00 from Blue Sun. Per the terms of our engagement letter, the total retainer was to be $60,000.00 paid $20,000.00 per month. We received those funds from Blue Sun and applied them to our invoices. As of the Petition date, Smith Duggan has Invoiced the Debtor and Blue Sun for services provided and received a total of $118,896.70 from Blue Sun. This amount includes the $60,000 retainer payments, which were applied against the invoices and exhausted. As of the Petition Date, Smith Duggan is owed $33,818.30 for services provided and invoiced to the Debtor and Blue Sun. Additionally, there is approximately $65,000.00 in unbilled fees for our services during the month of August.

6.       To the best of my knowledge, and except as set out above, neither I, Smith Duggan, nor any Partner or associate of Smith Duggan has any connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

7.       Except as described above, to the best of my knowledge, neither I nor any Partner or associate of Smith Duggan represents or hold any interest adverse to the Debtor as a Debtor-in-Possession or to the Debtor's estate in with respect to the matter on which Smith Duggan is to be employed.

I, Dana Zakarian, declare under penalty of perjury, that the foregoing is true and correct.

[signature on following page][

Dated: August 28, 2025

DANA ZAKARIAN
Smith Duggan Cornell & Gollub LLP
55 Old Bedford Road
Suite 300
Lincoln, Massachusetts   01773
(617) 228-4412
dana.zakarian@smithduggan.com

Proposed special counsel for The
 Innovative Technologies  Group &
 Co., LTD