UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES<br>GROUP & CO., LTD | *<br>* | No. 25-18000-DER<br>Chapter 11 |
| Debtor | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER AUTHORIZING EMPLOYMENT OF SMITH DUGGAN
CORNELL & GOLLUB LLP AS SPECIAL COUNSEL FOR DEBTORS

Upon consideration of the Debtors' Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for the Debtors (the "Application"), praying for authority to employ and appoint the law firm of Smith Duggan Cornell & Gollub LLP ("Smith Duggan") as the Debtor's appellate counsel in proceedings pending in the United States Court of Appeals for the First Circuit (the "First Circuit"), and upon the Declaration of Dana

1

Zakarian, a partner with Smith Duggan, establishing that he is duly admitted to practice in the First Circuit, and that neither he nor the firm of Smith Duggan represents or holds any interest adverse to the Debtors, as Debtors-in-Possession, or to the Debtors' estates, with respect to the matter on which Smith Duggan is to be employed, the Court having determined that the employment of Smith Duggan is necessary and would be in the best interests of the Estates, and that the Office of the United States Trustee and all parties in interest have been served with said Application, it is;

      ORDERED, that the Debtors' Application be, and hereby is APPROVED; and it is further

      ORDERED, that pursuant to the applicable provisions of the Bankruptcy Code, Smith Duggan is hereby employed as special counsel to the Debtors under the terms set out in the Application; and it is further

      ORDERED, that Smith Duggan may file applications for post-Petition compensation at their regular hourly rates as set forth in the Application as those rates may change from time-to-time as addressed in the Application, but may not receive compensation for work performed pre-Petition except to the extent that such payments are specifically approved by Order of this Court.

cc:

    Maurice B. VerStandig, Esq.
    The VerStandig Law Firm, LLC
    9812 Falls Road, #114-160
    Potomac, Maryland 20854

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Carol J. Hulme, Esq.
General Attorney
Baltimore/Richmond Offices
Office of General Counsel
U.S. Small Business Administration

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Timothy VanCisin, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

**END OF ORDER**