UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES<br> GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER PROVIDING FOR JOINT ADMINISTRATION OF CASES

Upon consideration of the Debtors' Motion for Joint Administration of Cases filed by Blue Sun Scientific, LLC ("Blue Sun") and Innovative Technologies Group & Co., LTD, ("ITG"), Debtors and Debtors-in-Possession, it is this day by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above-captioned cases shall be jointly administered; and it is further

ORDERED, that all pleadings, orders, notices, and other documents in these cases shall

be filed under and entered solely on the docket in the case of Blue Sun Scientific, LLC, Case No. 25-17998-NVA; and it is further

ORDERED, that the Clerk is hereby DIRECTED to make a docket entry in both of the above-captioned cases substantially as follows: "An Order has been entered in this case directing the joint administration of the chapter 11 cases of Blue Sun Scientific y, LLC and The Innovative Technologies Group & Co., LTD, and the docket in Case No. 25-17998-DER should be consulted for all matters affecting these cases."

cc:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Carol J. Hulme, Esq.
General Attorney
Baltimore/Richmond Offices
Office of General Counsel
U.S. Small Business Administration

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Timothy VanCisin, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

**END OF ORDER**