UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No. 25-17998-DER<br>Chapter 11 |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES<br> GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| BLUE SUN SCIENTIFIC, LLC | * |
| and | * |
| THE INNOVATIVE TECHNOLOGIES<br> GROUP & CO., LTD | * |
| | * |
| Movants | * |
| v. | * |
| KPM ANALYTICS NORTH AMERICA<br> CORPORATION | * |
| Respondent | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF DEBTORS' MOTION FOR RELIEF FROM THE AUTOMATIC
STAY TO PERMIT CONTINUANCE OF APPELLATE PROCEEDINGS
IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT</u>

Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co,

LTD ("ITG")(collectively the "Debtors"), have filed papers with the court seeking relief from the

automatic stay of 11 U.S.C. § 362(a) to enable the Debtors to proceed with an appeal that is pending in the United States Court of Appeals for the First Circuit.  Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one).  If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by September 24, 2025 you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

>Maurice B. VerStandig, Esq.
>The VerStandig Law Firm, LLC
>9812 Falls Road, #114-160
>Potomac, Maryland 20854

>and

>Jeffrey M. Orenstein, Esq.
>Wolff & Orenstein, LLC
>Shady Grove Plaza
>15245 Shady Grove Road
>Suite 465
>Rockville, Maryland 20850

If you mail, rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for Monday October 6, 2025, at 1:30 p.m., at the United States Bankruptcy Court for the District of Maryland, 101. W Lombard Street, Courtroom 9-D, Baltimore, MD 21201.

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF**

SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE

MOTION BEFORE THE SCHEDULED HEARING DATE.

DATE: September 10, 2025

                       Respectfully submitted,

                       /s/ Maurice B. VerStandig
                       Maurice B. VerStandig,(#18071)
                       The VerStandig Law Firm, LLC
                       9812 Falls Road, #114-160
                       Potomac, Maryland 20854
                       Phone: (301) 444-4600
                       mac@mbvesq.com

                       Proposed Counsel for Blue Sun Scientific, LLC

                       \s\ Jeffrey M. Orenstein
                       JEFFREY M. ORENSTEIN (#07512)
                       Wolff & Orenstein, LLC
                       Shady Grove Plaza
                       15245 Shady Grove Road, Suite 465
                       Rockville, Maryland  20850
                       (301) 250-7232
                       jorenstein@wolawgroup.com

                       Proposed Counsel for The Innovative Technologies
                        Group & Co, LTD

CERTIFICATE OF SERVICE

     I hereby certify that on the 10th day of September, 2025, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
mbbrown@milesstockbridge.com

Taylor Marie McAuliffe
Miles & Stockbridge PC
100 Light St.
8th Floor
Baltimore, MD 21202
tmcauliffe@milesstockbridge.com

   I hereby further certify that on the 10t$^h$ day of September, 2025, a copy of the foregoing was served by first class mail to:

Christopher McIntire, Resident Agent
KPM Analytics North America Corporation
16 Robin Hill Road
Danvers, MA  01923

   A separate Certificate of Service is being filed reflecting service to all parties on the mailing matrix filed in this case.


            /s/ Jeffrey M. Orenstein
            Jeffrey M. Orenstein