# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>BLUE SUN SCIENTIFIC, LLC | CASE NO: 25-17998<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/10/2025, I did cause a copy of the following documents, described below,

Lift Stay Motion

Order

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/10/2025

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850
301 250 7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

| IN RE: | CASE NO: 25-17998 |
|---|---|
| BLUE SUN SCIENTIFIC, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 9/10/2025, a copy of the following documents, described below,

Lift Stay Motion

Order

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/10/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                              DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING       BLUE SUN SCIENTIFIC   LLC          SANDY SPRING BANK   A DIVISION OF
NCRS ADDRESS DOWNLOAD                  8017 DORSEY RUN RD                 ATLANTIC UN
CASE 25-17998                          SUITE H                            CO MICHAEL D NORD
DISTRICT OF MARYLAND                   JESSUP   MD 20794-9372             GEBHARDT  SMITH LLP
WED SEP 10 8-51-54 PST 2025                                               1 SOUTH STREET   SUITE 2200
                                                                          BALTIMORE   MD 21202-3343


THE INNOVATIVE TECHNOLOGIES GROUP  CO  ARNOLD EILERT                      CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
LTD                                    2264 CLEARBROOK ACT                TAX SUPPORT DIVISION   MIC 93
8017 DORSEY RUN ROAD                   WAUCONDA   IL 60084-5017           PO BOX 826880
SUITE H                                                                   SACRAMENTO   CA 94280-0001
JESSUP   MD 20794-9372


CALIFORNIA FRANCHISE TAX BOARD         CAREFIRST MARYLAND (RADIUS GLOBAL SOLN) COMPTROLLER OF MARYLAND
PO BOX 942840                          PO BOX 390908                      REVENUE ADMINISTRATION DIVISION
SACRAMENTO   CA 94240-0040             MINNEAPOLIS   MN 55439-0908        PO BOX 549
                                                                          ANNAPOLIS   MD 21404-0549


                                                                          EXCLUDE
EXECUTIVE FINANCIAL ENTERPRISES (UPS)  (P)ILLINOIS DEPARTMENT OF REVENUE  (D)INNOVATIVE TECHNOLOGIES GROUP
1465 TAMARIND AVE 680                  BANKRUPTCY UNIT                    COMPANY
CUMMING   GA 30028                     PO BOX 19035                       8017 DORSEY RUN RD   SUITE H
                                       SPRINGFIELD IL 62794-9035          JESSUP   MD 20794-9372


INTERNAL REVENUE SERVICE               INTERWORLD FREIGHT                 IRVIN LUCAS
PO BOX 7346                            9601 NW 112TH AVE                  6835 LAUREL CANYON BLVD APT 110
PHILADELPHIA   PA 19101-7346           MIAMI   FL 33178-2521              NORTH HOLLYWOOD   CA 91605-5678


JOSHUA SARVER                          KPM ANALYTICS                      KROLL   LLC
1400 ELFIN COURT                       8 TECHNOLOGY DRIVE                 12595 COLLECTION CENTER DR
FREDERICK   MD 21703-2220              WESTBOROUGH   MA 01581-1756        CHICAGO   IL 60693-0001


ROBERT GAJEWSKI                        ROBERT M GAJEWSKI                  SANDY SPRING BANK
2728 LEONARD LANE                      2728 LEONARD LANE                  A DIVISION OF ATLANTIC UNION BANK
NORTH AURORA   IL 60542-6002           AURORA   IL 60542-6002             CO MICHAEL D NORD GEBHARDT   SMITH LLP
                                                                          1 SOUTH STREET   SUITE 2200
                                                                          BALTIMORE   MD 21202-3281


                                                                          EXCLUDE
SEYFARTH SHAW                          SMITH   DUGGAN  CORNELL  GOLLUB LLP (D)THE INNOVATIVE TECHNOLOGIES GROUP
233 S WACKER DR   SUITE 8000           55 OLD BEDFORD RD   SUITE 300      CO
CHICAGO   IL 60606-6448                LINCOLN   MA 01773-1125            8017 DORSEY RUN RD   SUITE H
                                                                          JESSUP   MD 20794-9372


UPS                                    US TRUSTEE   BALTIMORE             MAURICE BELMONT VERSTANDIG
55 GLENLAKE PARKWAY NE                 GARMATZ FEDERAL COURTHOUSE         THE VERSTANDIG LAW FIRM   LLC
ATLANTA   GA 30328-3474                101 WEST LOMBARD STREET            9812 FALLS ROAD
                                       SUITE 2625                         114-160
                                       BALTIMORE   MD 21201-2668          POTOMAC   MD 20854-3976
```