# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | CASE NO: 25-18000<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/10/2025, I did cause a copy of the following documents, described below,

Application to Employ Special Counsel

Verified Statement

Proposed Order

Exhibit 1

Joint Administration Motion

Joint Administration Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/10/2025

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850
301 250 7232
jwolff@wolawgroup.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO , LTD | CASE NO: 25-18000<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 9/10/2025, a copy of the following documents, described below,

Application to Employ Special Counsel

Verified Statement

Proposed Order

Exhibit 1

Joint Administration Motion

Joint Administration Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/10/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-18000
DISTRICT OF MARYLAND
WED SEP 10 8-33-23 PST 2025

BLUE SUN SCIENTIFIC   LLC
8017 DORSEY RUN RD
SUITE H
JESSUP   MD 20794-9372

SANDY SPRING BANK  A DIVISION OF ATLANTIC UN
CO MICHAEL D NORD
GEBHARDT  SMITH LLP
1 SOUTH STREET  SUITE 2200
BALTIMORE  MD 21202-3343

DEBTOR

THE INNOVATIVE TECHNOLOGIES GROUP  CO LTD
8017 DORSEY RUN ROAD
SUITE H
JESSUP  MD 20794-9372

AFLAC
1932 WYNNTON RD
COLUMBUS   GA 31999-0002

ATT MOBILITY
PO BOX 6416
CAROL STREAM  IL 60197-6416

AARON COLEMAN
6008 QUEBEC ST
BERWYN HEIGHTS  MD 20740-2736

ALLIED WASTE SERVICE
8145 REICHS FORD RD
FREDERICK  MD 21704-6647

ALTANTIC UNION BANK
CO CSC LAWYERS INCORPORATING SERVICE C
7 ST PAUL STREET  SUITE 820
BALTIMORE  MD 21202-1681

BALTIMORE GAS  ELECTRIC
PO BOX 13070
PHILADELPHIA  PA 19101-3070

BERKSHIRE LIFE INS C
700 SOUTH STREET
PITTSFIELD  MA 01201-8285

BLUE SUN SCIENTIFIC   LLC
8017 DORSEY RUN ROAD
JESSUP  MD 20794-9371

BLUE SUN SCIENTIFIC   LLC
CO MAURICE B VERSTANDIG  ESQ
THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD  114-160
POTOMAC  MARYLAND 20854-3976

BUSINESS FINANCE GROUP  INC
3930 PENDER DRIVE
SUITE 300
FAIRFAX  VA 22030-0986

CARE FIRST
1501 SOUTH CLINTON STREET
BALTIMORE  MD 21224-5744

CAROLANN J HULME  ESQ
US SMALL BUSINESS A
100 S CHARLES ST
SUITE 1201
BALTIMORE  MD 21201-2714

CATHY WILT
22189 BAYSHORE ROAD
CHESTERTOWN  MD 21620-4406

CINGULAR WIRELESS
5600 GLENRIDGE DR NE
SANDY SPRINGS  GA 30342-6902

COMCAST
1701 JOHN F KENNEDY BLVD
PHILADELPHIA  PA 19103-2899

COMCAST CORPORATION
CO CSCLAWYERS INCORPORATING SERVICE CO
7 ST PAUL ST  STE 820
BALTIMORE  MD 21202-1681

DAVID BUSH
5905 CRAWFORD DR
ROCKVILLE  MD 20851-1724

DIGIKEY CORPORATION
701 BROOKS AVE S
THIEF RIVER FALLS  MN 56701-2703

EDWARD D JONES  CO LP
12555 MANCHESTER ROAD
SAINT LOUIS  MO 63131-3710

ESCO PRODUCTS
2501 CENTRAL PARKWAY
SUITE A-5
HOUSTON  TX 77092-7726

GPD OPTOELECTRONICS
7 MANOR PARKWAY
SALEM  NH 03079-2842

GORDON FEINBLATT LLC
1001 FLEET STREET
SUITE 700
BALTIMORE  MD 21202-4346

HT MACHINE SHOP  LLC
2712 OCCIDENTAL DRIVE
VIENNA  VA 22180-7058

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HUNT MANOR INSURANCE<br>35 FULFORD AVE<br>SUITE 202<br>BEL AIR  MD 21014-3941 | ITPROP  LLC<br>10240 OLD COLUMBIA RD<br>COLUMBIA  MD 21046-2370 | EXCLUDE<br>(D)ITPROP  LLC<br>10240 OLD COLUMBIA ROAD<br>COLUMBIA  MD 21046-2370 |
| ITPROP  LLC<br>CO HOWARD E DEUTCH  RESIDENT AG<br>2901 S LEISURE WORLD BLVD<br>SILVER SPRING  MD 20906-8356 | INTELLIWORKS HT<br>PO BOX 899<br>NORWALK  OH 44857-0899 | EXCLUDE<br>(D)INTELLIWORKS HT LLC<br>PO BOX 899<br>NORWALK  OH 44857-0899 |
| IRVIN LUCAS<br>6835 LAUREL CANYON BLVD<br>APT 110<br>NORTH HOLLYWOOD  CA 91605-5678 | EXCLUDE<br>(U)KPM ANALYTICS NORTH AMERICA<br>CORPORATION | KPM ANALYTICS NORTH AMERICA CORPORATIC<br>8 TECHNOLOGY DRIVE<br>WESTBOROUGH  MA 01581-1756 |
| KPM ANALYTICS NORTH AMERICA CORPORATION<br>MILES  STOCKBRIDGE  PC<br>100 LIGHT STREET<br>BALTIMORE  MD 21202-1036 | LANA SAPOJNIK<br>3204 OLD POST DR 6<br>PIKESVILLE  MD 21208-3214 | LEV GUTMAN<br>11 PICKERSGILL SQUARE<br>OWINGS MILLS  MD 21117-4510 |
| LINDA TAYLOR<br>3555 FLOATING LEAF LANE<br>LAUREL  MD 20724-1995 | MSC INDUSTRIAL SUPPLY<br>525 HARBOUR PLACE DRIVE<br>DAVIDSON  NC 28036-7444 | MARLON VAUGHN<br>102 TREBECK TRAIL<br>FALLING WATERS  WV 25419-1620 |
| MCMASTERCARR SUPPLY<br>PO BOX 4355<br>CHICAGO  IL 60680-4355 | MEGA ELECTRONICS<br>4B JULES LANE<br>NEW BRUNSWICK  NJ 08901-3636 | MICHAEL D NORD  ESQ<br>GEBHARDT  SMITH LLP<br>ONE SOUTH STREET  SUITE 2200<br>BALTIMORE  MD 21202-3343 |
| NEWARK ELECTRONICS<br>4180 HIGHLANDER PKWY<br>RICHFIELD  OH 44286-9352 | PAIGE ZACHARAKIS  ESQ<br>MORSE  BARNESBROWN  PENDLETON  PC<br>480 TOTTEN POND ROAD  4TH FOOR<br>WALTHAM  MA 02451-1908 | RS ELECTRONICS  INC<br>4 PROFESSIONAL DRIVE<br>SUITE 118<br>GAITHERSBURG  MD 20879-3424 |
| RS ELECTRONICS  INC<br>CO RAVINDER S ARNEJA<br>7844 BEECHCRAFT AVE<br>GAITHERSBURG  MD 20879-1542 | ROBERT GAJEWSKI<br>2728 LEONARD LANE<br>NORTH AURORA  IL 60542-6002 | ROBERT WILT<br>22189 BAYSHORE ROAD<br>CHESTERTOWN  MD 21620-4406 |
| SANDY SPRING BANK<br>17801 GEORGIA AVENUE<br>OLNEY  MD 20832-2267 | SANDY SPRING BANK<br>CO DANIEL J SCHRIDER  RESIDENT AGENT<br>17801 GEORGIA AVENUE<br>OLNEY  MD 20832-2267 | SANDY SPRING BANK<br>CO KIMBERLY SARGENT<br>17801 GEORGIA AVENUE<br>OLNEY  MD 20832-2267 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SCOTT R MAGEE  ESQ<br>MORSE  BARNESBROWN  PENDLETON  PC<br>480 TOTTEN POND ROAD  4TH FLOOR<br>WALTHAM  MA 02451-1908 | SMITH DUGGAN CORNELL  GOLLUB LLP<br>CO DANA ZAKARIAN  ESQ<br>55 OLD BEDFORD ROAD  SUITE 300<br>LINCOLN  MA 01773-1125 | TM MACHINE SHOP<br>12201A DISTRIBUTION WAY<br>BELTSVILLE  MD 20705-1418 |
| TERRACE ASSEMBLY<br>395 TIMBERTON CIRCLE<br>BELLEFONTE  PA 16823-9071 | THE HARTFORD INSURANCE GROUP  INC<br>690 ASYLUM AVENUE<br>HARTFORD  CT 06155-0002 | TODD  WELD LLP<br>ONE FEDERAL STREET<br>BOSTON  MA 02110-2010 |
| UPS CORPORATE LEGAL DEPARTMENT<br>55 GLENLAKE PARKWAY NE<br>ATLANTA  GA 30328-3474 | US BANK EQUIPMENT<br>PO BOX 230789<br>PORTLAND  OR 97281-0789 | ~~EXCLUDE~~<br>~~(D)US BANK EQUIPMENT~~<br>~~PO BOX 230789~~<br>~~PORTLAND  OR 97281-0789~~ |
| US SMALL BUSINESS ADMINISTRATION<br>100 S CHARLES STREET  SUITE 1201<br>721 19TH STREET  SUITE 301<br>BALTIMORE  MD 20201 | US SMALL BUSINESS ADMINISTRATION<br>403 3RD STREET SW<br>WASHINGTON  DC 20416-0001 | US TRUSTEE  BALTIMORE<br>GARMATZ FEDERAL COURTHOUSE<br>101 WEST LOMBARD STREET<br>SUITE 2625<br>BALTIMORE  MD 21201-2668 |
| UNITED STATES SMALL BUSINESS<br>ADMINISTRATION<br>CITY CRESCENT BUILDING<br>10 S HOWARD STREET  SUITE 6220<br>BALTIMORE  MD 21201-2526 | VITAL RECORDS CONTROL<br>FKA PROSHRED<br>803 PRESSLEY ROAD<br>UNIT 108<br>CHARLOTTE  NC 28217-0971 | WELLS FARGO<br>PO BOX 51193<br>LOS ANGELES  CA 90051-5493 |
| CO MICHAEL B BROWN  ESQ<br>MILES  STOCKBRIDGE  PC<br>LIGHT STREET<br>BALTIMORE  MD 21202 | JEFFREY M ORENSTEIN<br>WOLFF  ORENSTEIN  LLC<br>15245 SHADY GROVE ROAD<br>SUITE 465  NORTH LOBBY<br>ROCKVILLE  MD 20850-3222 | |