UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

LIST OF EXHIBITS FOR HEARING ON DEBTOR'S CONSENT
MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR'S USE OF
CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION TO SANDY
BANK, A DIVISION OF ATLANTIC UNION BANK, PURSUANT TO 11 U.S.C. § 363

THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD (the "Debtor"), by and through JEFFREY M. ORENSTEIN and WOLFF & ORENSTEIN, LLC, submits this list of Exhibits that it intends to introduce at the September 15, 2025, hearing on its Motion for Entry of Order Authorizing Use Cash Collateral of Sandy Spring Bank, a Division of Atlantic Union Bank, Pursuant to 11 U.S.C. § 363:

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtor 1 | Loan and Disbursement Agreement - March 15, 2011 | | | |
| Debtor 2 | Term Promissory Note - March 15, 2011 | | | |
| Debtor 3 | Guaranty Agreement - March 15, 2011 | | | |

1

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| Debtor 4 | Business Loan Security Agreement - March 15, 2011 | | | |
| Debtor 5 | UCC-1 - Recorded March 28, 2011 | | | |
| Debtor 6 | Corporate Resolution to Borrow - October 30, 2019 | | | |
| Debtor 7 | Business Loan Agreement - October 30, 2019 | | | |
| Debtor 8 | Disbursement Request and Authorization - October 30, 2019 | | | |
| Debtor 9 | UCC-3 - Recorded March 6, 2021 | | | |
| Debtor 10 | 30-day Budget | | | |
| Debtor 11 | 60-day Budget | | | |
| Debtor 12 | 90-day Budget | | | |
| Debtor 13 | Petition, Schedules and SOFA | | | |

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| - | Any documents offered by any other party | | | |

------------------------------------------------------------------------------------------------------------

Respectfully submitted,


\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed Counsel for the Debtor


CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2025, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Carol J. Hulme, Esq.
General Attorney
Baltimore/Richmond Offices
Office of General Counsel
U.S. Small Business Administration
Carol-Ann.Hulme@sba.gov

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mnord@gebsmith.com

Timothy VanCisin, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
tvancisin@gebsmith.com

        /s/ Jeffrey M. Orenstein
        Jeffrey M. Orenstein