# UCC APPROVAL SHEET
## ** KEEP WITH DOCUMENT **

**TRANSACTION TYPE**          **FEES REMITTED**

☑ UO – Original Financing Statement                $25.00
___ UOA – Original Financing Statement
       with assignment                             $25.00
___ UOTU – Original Financing Statement
       Transmitting Utility                        $25.00
___ UMA – Amendment                                $25.00
___ UMDA – Amendment – Debtor Added                $25.00
___ UMDC – Amendment –
       Debtor Name Change                          $25.00
___ UMDD – Amendment – Debtor Deleted              $25.00
___ UMSA – Amendment –
       Secured Party Added                         $25.00
___ UMSC – Amendment –
       Secured Party Name Change                   $25.00
___ UMSD – Amendment –
       Secured Party Deleted                       $25.00
___ UMC – Amendment – Continuation                 $25.00
___ UMT – Amendment – Termination                  $25.00
___ UMZ – Amendment – Assignment                   $25.00
___ UMZP – Amendment –
       Partial Assignment                          $25.00
___ UMCS – Amendment –
       Correction Statement                        $25.00
___ UOMH – Manufactured Home –
       Original Financing Statement                $25.00
___ UOPF – Public Finance –
       Original Financing Statement                $25.00
___ Documents Nine (9) Pages or More               $75.00
___ Certified Copies
___ Plain Copies
       **TOTAL FEES:** $25.00

```
1000362001461856
```

RECORDED ON 03/28/2011 AT 11:00 AM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO # 0003782959   ACK # 1000362001461856
ORIGINAL FILE NUMBER:   0000000181416671
PAGES: 0002

☐ **OTHER CHANGES:** _____
_____
_____
_____

Code _____

Attention: _____

Mail to Address:

CT LIEN SOLUTIONS
P O BOX 29071
GLENDALE CA 91209-9071

## NO FEE TRANSACTION TYPES

___ URC – Copies
___ UNCP – Void – Non-Payment
___ UCC – Cancellation
___ UCR – Reinstatement
___ UCO – Departmental Action
___ UCREF – Refund Recordation Tax
___ UCIS – Incorrect ID Number
___ XOVRU – UCC Overrides
___ UMFC – Filing Office Correction Statement

**Method of Payment:**

Cash ☐   Check ☑   Credit Card ☐

Number of Checks [1]

Comments(s):

CUST ID: 0002566379
WORK ORDER: 0003782959
DATE: 03-29-2011 09:16 AM
AMT. PAID: $350.00

# DEBTOR'S EXHIBIT 5

```
STATE OF MARYLAND
DEPT OF ASSESSMENTS AND TAXATION
CUST ID:0002566379
WORK ORDER:0003782959
DATE:03-29-2011 09:16 AM
AMT. PAID:$350.00
```

**RECEIVED**

2011 MAR 28  A 11: 00

DEPARTMENT
OF ASSESSMENT
& TAXATION

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Phone:(800) 331-3282  Fax: (818) 662-4141

**B. SEND ACKNOWLEDGEMENT TO:** (Name and Address)

CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

15393 SANDY SPRING B
27712105
MDMD

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| The Innovative Technologies Group & Co., Ltd. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8017 Dorsey Run Rd Units 1-2/1-3 | Jessup | MD | 20794 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | CORPORATION | MD | D04709226 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Sandy Spring Bank |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 17801 Georgia Ave | Olney | MD | 20832 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds)

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
27712105                                    The Innovative Technologies Group & Co.,1564782700-01

FILING OFFICE COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

**DEBTOR'S EXHIBIT 5**