

*0345*

# DISBURSEMENT REQUEST AND AUTHORIZATION

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $75,000.00 | 10-30-2019 | | 1564782700-89 | 4A00 / 13 | 598 | 396 | |

References in the boxes above are for Lender's use only and do not limit the applicability of this document to any particular loan or item. Any item above containing "***" has been omitted due to text length limitations.

**Borrower:** The Innovative Technologies Group & Co., Ltd.
8017 Dorsey Run Rd Ste H
Jessup, MD 20794

**Lender:** Sandy Spring Bank
17801 Georgia Ave
Olney, MD 20832

**LOAN TYPE.** This is a Variable Rate Nondisclosable Revolving Line of Credit Loan to a Corporation for $75,000.00 due on demand.

**PRIMARY PURPOSE OF LOAN.** The primary purpose of this loan is for:

☐ Personal, Family, or Household Purposes or Personal Investment.

☒ Business (Including Real Estate Investment).

**REAL ESTATE DOCUMENTS.** If any party to this transaction is granting a security interest in any real property to Lender and Borrower is not also a party to the real estate document or documents (the "Real Estate Documents") granting such security interest, Borrower agrees to perform and comply with the Real Estate Documents just as if Borrower has signed as a direct and original party to the Real Estate Documents. This means Borrower agrees to all the representations and warranties made in the Real Estate Documents. In addition, Borrower agrees to perform and comply strictly with all the terms, obligations and covenants to be performed by either Borrower or any Grantor or Trustor, or both, as those words are defined in the Real Estate Documents. Lender need not tell Borrower about any action or inaction Lender takes in connection with the Real Estate Documents. Borrower assumes the responsibility for being and keeping informed about the property. Borrower also waives any defenses that may arise because of any action or inaction of Lender, including without limitation any failure of Lender to realize upon the property, or any delay by Lender in realizing upon the property.

**FLOOD INSURANCE.** As reflected on Flood Map No. 24027C0170 D dated 11-06-2013, for the community of Howard County, some of the property that will secure the loan is not located in an area that has been identified by the Administrator of the Federal Emergency Management Agency as an area having special flood hazards. Therefore, although flood insurance may be available for the property, no special flood hazard insurance protecting property not located in an area having special flood hazards is required by law for this loan at this time.

**DISBURSEMENT INSTRUCTIONS.** Borrower understands that no loan proceeds will be disbursed until all of Lender's conditions for making the loan have been satisfied. Please disburse the loan proceeds of $75,000.00 as follows:

| | |
|---|---|
| Undisbursed Funds: | $75,000.00 |
| Note Principal: | $75,000.00 |

**CHARGES PAID IN CASH.** Borrower has paid or will pay in cash as agreed the following charges:

| | |
|---|---|
| Prepaid Finance Charges Paid in Cash: | $0.00 |
| Other Charges Paid in Cash: | $729.54 |
| $9.54 FL - Flood Determination Fee | |
| $45.00 Insurance Tracking Fee | |
| $115.00 IDOT | |
| $60.00 Recording Fee - Assignment of Rents | |
| $250.00 P&J Report | |
| $250.00 DF - Documentation Fee | |
| Total Charges Paid in Cash: | $729.54 |

**AUTOMATIC PAYMENTS.** Borrower hereby authorizes Lender automatically to deduct from Borrower's DDA account, numbered 1543151601, the amount of any loan payment. If the funds in the account are insufficient to cover any payment, Lender shall not be obligated to advance funds to cover the payment. At any time and for any reason, Borrower or Lender may voluntarily terminate Automatic Payments.

**ANNUAL FEE FORM.** The Borrower agrees to have the annual fee debited from their checking account on the anniversary date of their loan in the amount of $500.00.

**FEES.** Please debit account #_______________ for fees due.

**FINANCIAL CONDITION.** BY SIGNING THIS AUTHORIZATION, BORROWER REPRESENTS AND WARRANTS TO LENDER THAT THE INFORMATION PROVIDED ABOVE IS TRUE AND CORRECT AND THAT THERE HAS BEEN NO MATERIAL ADVERSE CHANGE IN BORROWER'S FINANCIAL CONDITION AS DISCLOSED IN BORROWER'S MOST RECENT FINANCIAL STATEMENT TO LENDER. THIS AUTHORIZATION IS DATED OCTOBER 30, 2019.

DEBTOR'S EXHIBIT 8

Loan No: 1564782700-89

**DISBURSEMENT REQUEST AND AUTHORIZATION**
(Continued)

Page 2

THIS AGREEMENT IS GIVEN UNDER SEAL AND IT IS INTENDED THAT THIS AGREEMENT IS AND SHALL CONSTITUTE AND HAVE THE EFFECT OF A SEALED INSTRUMENT ACCORDING TO LAW.

BORROWER:

THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD.

By: _____ (Seal)
Robert R. Will, President/Treasurer of The Innovative Technologies Group & Co., Ltd.

By: _____ (Seal)
Cathy L. Will, Secretary of The Innovative Technologies Group & Co., Ltd.

**DEBTOR'S EXHIBIT 8**