## ITGC 30 Day Budget

| Receivables | | | Expenses | |
|---|---|---|---|---|
| Account Name | $ Amount | | Type | $ Amount |
| Blue Sun 25-0519-1LT | $ | 17,710.00 | HOA | $ 647.42 |
| Blue Sun 25-0610-1LT | $ | 13,642.50 | Insurance | $ 9,181.15 |
| Blue Sun 25-0616-2LT | $ | 18,153.12 | Office | $ 1,116.06 |
| Blue Sun 25-0805-1LT | $ | 450.00 | Professional Services | $ 30,000.00 |
| Blue Sun 25-0811-2LT | $ | 325.00 | Raw Materials | $ 35,000.00 |
| Blue Sun 25-0811-1LT | $ | 162.50 | Rent | $ 4,358.00 |
| Blue Sun 25-0729-3LT | $ | 24,000.00 | Sandy Spring LOC | $ 750.00 |
| Blue Sun 25-0604-1LT | $ | 17,027.50 | SBA Loan | $ 731.00 |
| Nordson | $ | 2,197.62 | Utilities | $ 3,120.24 |
| Spectro Scientific | $ | 15,200.00 | Wages | $ 27,000.00 |
| Blue Sun 25-0728-2LT | $ | 20,800.00 | | $ 111,903.87 |
| Total | $ | 129,668.24 | | |

Exhibit A

**DEBTOR'S EXHIBIT 10**