## ITGC 60 Day Budget

### Receivables

| Account Name | $ Amount |
|---|---:|
| Blue Sun 25-0519-1LT | $ 17,710.00 |
| Blue Sun 25-0610-1LT | $ 13,642.50 |
| Blue Sun 25-0616-1LT | $ 18,153.12 |
| Blue Sun 25-0805-1LT | $ 450.00 |
| Blue Sun 25-0811-2LT | $ 325.00 |
| Blue Sun 25-0811-1LT | $ 162.50 |
| Blue Sun 25-0729-3LT | $ 24,000.00 |
| Blue Sun 25-0604-1LT | $ 17,027.50 |
| Nordson | $ 2,197.62 |
| Spectro Scientific | $ 15,200.00 |
| Blue Sun 25-0728-2LT | $ 20,800.00 |
| Nordson | $ 17,935.00 |
| Blue Sun 25-0528-1LT | $ 24,000.00 |
| UAS | $ 22,794.00 |
| Blue Sun 244 | $ 17,200.00 |
| Blue Sun 25-0616-2LT | $ 24,000.00 |
|  | $ 235,597.24 |

### Expenses

| Type | $ Amount |
|---|---:|
| HOA | $ 1,294.84 |
| Insurance | $ 17,507.43 |
| Office | $ 2,232.12 |
| Professional Services | $ 60,000.00 |
| Raw Materials | $ 55,000.00 |
| Rent | $ 8,716.00 |
| Sandy Spring LOC | $ 1,500.00 |
| SBA Loan | $ 1,462.00 |
| Utilities | $ 6,240.48 |
| Wages | $ 54,000.00 |
|  | $ 207,952.87 |

Exhibit B

DEBTOR'S EXHIBIT 11