UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEBTOR'S WITNESS LIST FOR HEARING ON DEBTOR'S CONSENT MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION TO SANDY BANK, A DIVISION OF ATLANTIC UNION BANK, PURSUANT TO 11 U.S.C. § 363

THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD (the "Debtor"), by and through JEFFREY M. ORENSTEIN and WOLFF & ORENSTEIN, LLC,, submits this list of witnesses that it potentially would call to testify at the September 15, 2025, hearing on its Consent Motion for Entry of Order Authorizing Use Cash Collateral of Sandy Spring Bank, a Division of Atlantic Union Bank, Pursuant to 11 U.S.C. § 363:

1. Robert Wilt

2. Cathy Wilt

3. Irvin Lucas

4. The Debtor reserves the right to call any witness identified by any other party

Respectfully submitted,

[signature on following page

1

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#07512)
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed Counsel for the Debtor

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2025, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

Carol J. Hulme, Esq.
General Attorney
Baltimore/Richmond Offices
Office of General Counsel
U.S. Small Business Administration
Carol-Ann.Hulme@sba.gov

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
mnord@gebsmith.com

Timothy VanCisin, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
tvancisin@gebsmith.com

/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein