United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 25-18000-DER

The Innovative Technologies Group & Co.,                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                 Page 1 of 2

Date Rcvd: Sep 09, 2025                       Form ID: ntchrgb3                            Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| intp | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| 32946759 | + | Aaron Coleman, 6008 Quebec St., Berwyn Heights, MD 20740-2736 |
| 32946825 | + | Care First, 1501 South Clinton Street, Baltimore, MD 21224-5744 |
| 32946775 | + | Digi-Key Corporation, 701 Brooks Ave S, Thief River Falls, MN 56701-2703 |
| 32946777 | + | Esco Products, 2501 Central Parkway, Suite A-5, Houston, TX 77092-7726 |
| 32946779 | + | GPD Optoelectronics, 7 Manor Parkway, Salem, NH 03079-2842 |
| 32946778 | + | Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4346 |
| 32946780 | + | HT Machine Shop, LLC, 2712 Occidental Drive, Vienna, VA 22180-7058 |
| 32946781 | + | Hunt Manor Insurance, 35 Fulford Ave, Suite 202, Bel Air, MD 21014-3941 |
| 32946787 | + | KPM Analytics North America Corporation, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32946790 | + | Lana Sapojnik, 3204 Old Post Dr #6, Pikesville, MD 21208-3214 |
| 32946792 | + | Linda Taylor, 3555 Floating Leaf Lane, Laurel, MD 20724-1995 |
| 32946800 | + | R/S Electronics, Inc., 4 Professional Drive, Suite 118, Gaithersburg, MD 20879-3424 |
| 32946808 | + | Smith Duggan Cornell & Gollub LLP, c/o Dana Zakarian, Esq., 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| 32946809 | + | T&M Machine Shop, 12201-A Distribution Way, Beltsville, MD 20705-1418 |
| 32946810 | + | Terrace Assembly, 395 Timberton Circle, Bellefonte, PA 16823-9071 |
| 32946811 | + | The Hartford Insurance Group, Inc., 690 Asylum Avenue, Hartford, CT 06155-0002 |
| 32946812 | + | Todd & Weld LLP, One Federal Street, Boston, MA 02110-2010 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32946760 | + | Email/Text: mgeorge@aflac.com | Sep 09 2025 19:23:00 | AFLAC, 1932 Wynnton Rd., Columbus, GA 31999-0002 |
| 32946764 | ^ | MEBN | Sep 09 2025 19:18:45 | Baltimore Gas & Electric, P.O. Box 13070, Philadelphia, PA 19101-3070 |
| 32946819 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 10 2025 01:28:28 | Wells Fargo, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael David Nord | mnord@gebsmith.com |
| Timothy VanCisin | tvancisin@gebsmith.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 6

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−18000 − DER**   Chapter: **11**

**The Innovative Technologies Group & Co., LTD**
Debtor

# NOTICE

In person hearing Courtroom 9−D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 9/15/25 at 02:30 PM to consider and act upon the following:

15 − Consent Motion to Use Cash Collateral of Sandy Spring Bank, a Division of Atlantic Union Bank Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # 1 Exhibit A − 30 day Budget # 2 Exhibit B − 60 day budget # 3 Exhibit C − 90 day budget # 4 Certificate of Service # 5 Proposed Order) (Orenstein, Jeffrey)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/9/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769

Form ntchrgmdb (rev. 08/13/2024)