UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER<br>Chapter 11 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | |
| | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| KPM ANALYTICS NORTH AMERICA CORPORATION | * | |
| | | |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>LINE WITHDRAWING
DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC
STAY TO PERMIT CONTINUANCE OF APPELLATE PROCEEDINGS
IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT</u>

TO THE CLERK OF THE COURT:

The Innovative Technologies Group & Co, LTD (the "Debtor"), by its undersigned counsel, hereby withdraws its Motion for Relief from the Automatic Stay to Permit Continuance of Appellate Proceedings in the United States Court of Appeals for the First Circuit (the "Motion"). [Dkt. No. 21].

The Debtor has filed an Application to employ special counsel who will be tasked with completing briefing and handling oral argument in the case pending in the United States Court of Appeals for the First Circuit.  Proposed special counsel ceased working on the appeal once the

Debtor's case, and the companion case of <u>In re Blue Sun Scientific, LLC</u>, Case No. 25-17998-DER, was filed. While the Debtor is anxious to move forward with the appeal, after consultation with proposed special counsel, it has determined that it is more appropriate to wait to move to lift the stay until after the employment of special counsel has been approved. In that way, the Debtor will know that it has counsel to continue with the appeal. It is for that reason that the Motion is being withdrawn at this time.[1]

                Respectfully submitted,

                \s\ Jeffrey M. Orenstein
                JEFFREY M. ORENSTEIN (#07512)
                Wolff & Orenstein, LLC
                15245 Shady Grove Road, Suite 465
                Rockville, Maryland  20850
                (301) 250-7232
                jorenstein@wolawgroup.com

                Proposed Counsel for The Innovative Technologies
                 Group & Co, LTD

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 12th day of September, 2025, a copy of the foregoing was served by electronic mail to:

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202
hugh.m.bernstein@usdoj.gov

---

[1] Blue Sun Scientific, LLC ("Blue Sun") has also filed a Motion to lft the stay and, for the reasons set forth herein, the Debtor anticipates that Blue Sun will also file a Line withdrawing its Motion

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
mbbrown@milesstockbridge.com

Taylor Marie McAuliffe
Miles & Stockbridge PC
100 Light St.
8th Floor
Baltimore, MD 21202
tmcauliffe@milesstockbridge.com

                                           /s/ Jeffrey M. Orenstein
                                           Jeffrey M. Orenstein