IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,<br><br>Debtor. | Case No. 25-18000-DER<br>Chapter 11 |

### ORDER DENYING APPLICATION FOR AUTHORITY TO EMPLOY SMITH DUGGAN CORNELL & GOLLUB LLP AS SPECIAL COUNSEL FOR DEBTOR

Upon consideration of the Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel to Debtor [Dkt. No. 19] (the "Application") filed by The Innovative Technologies Group & Co., LTD ("Debtor"), and the Objection to Application for Authority to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel for Debtor ("Objection") filed by KPM Analytics North America Corporation ("KPM"), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Application is denied; and it is further

ORDERED, that Smith Duggan Cornell & Gollub LLP is disqualified from representing the Debtor in the above-captioned case pursuant to 11 U.S.C. § 327.

cc:   All parties receiving notice via CM/ECF

**END OF ORDER**

1