Entered: October 7th, 2025
Signed: October 6th, 2025

**SO ORDERED**

Counsel in these now jointly administered cases shall coordinate their efforts so as to avoid duplication of effort and unnecessary fees and expenses. Funds held in a trust account per decretal paragraph three of this order shall be subject to, among other things, (i) the cash collateral rights (if any) of secured creditors, and (ii) disgorgement in the event of administrative insolvency.



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No. 25-18000-DER
Chapter 11 |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING APPLICATION TO EMPLOY
<u>WOLFF & ORENSTEIN, LLC AS ATTORNEYS FOR DEBTOR</u>

The matter before the Court in the above-captioned case is an Application for Authority to Employ Wolff & Orenstein, LLC as Attorneys for Debtor (the "Application") filed by The Innovative Technologies Group & Co., LTD, the above captioned Debtor and Debtor-in-Possession (the "Debtor") on August __, 2025. By the Application, the Debtor requests that Wolff & Orenstein be employed as the Debtor's attorneys to represent the Debtor in this case on the terms and conditions set forth in the Application. The Court has reviewed the Application and the employment terms and notes that no objections have been filed to the Application. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Application to employ is hereby granted; and it is further

ORDERED, that the Debtor is authorized to employ Wolff & Orenstein, LLC as Attorneys for the Debtor upon the terms and conditions set forth in the Application; and it is further

ORDERED, that the Debtor is authorized to deliver the sum of $4,500.00 per month to Wolff & Orenstei n, LLC, with such funds to be held in Wolff & Orfenstein, LLC's trust account pending further Order of the Court; and it is further

ORDERED, that all Attorney fees and expenses in this proceeding shall be subject to further order of the Court upon the submission of an Application for Compensation for the Court's consideration.

cc:

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850

The Innovative Technologies Group & Co., LTD
c/o Robert Wilt, CEO
Suite H
8017 Dorsey Run Road
Jessup, Maryland  20794

Gerard R. Vetter, Esq.
United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Carol J. Hulme, Esq.
District Counsel
Richmond/Baltimore
100 S. Charles St., Ste 1201
Baltimore, MD 21201

**END OF ORDER**