United States Bankruptcy Court
District of Maryland

In re:  Case No. 25-18000-DER
The Innovative Technologies Group & Co.,  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 2
Date Rcvd: Oct 10, 2025     Form ID: ntchrgb2     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| intp | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 10, 2025 | Form ID: ntchrgb2 | Total Noticed: 4

    lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael Benjamin Brown
    mbbrown@milesstockbridge.com  jdiaz@milesstockbridge.com

Michael David Nord
    mnord@gebsmith.com

Timothy VanCisin
    tvancisin@gebsmith.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **25−18000 − DER**   Chapter: **11**

**The Innovative Technologies Group & Co., LTD**
Debtor

# NOTICE

IN PERSON HEARING − Courtroom 9−D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a rescheduled hearing will be held on 10/29/25 at 02:00 PM to consider and act upon the following:

19 − Application to Employ Smith Duggan Cornell& Gollub, LLP as Special Counsel for Appellate Proceedings and Verified Statement of Proposed Party Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # 1 Exhibit 1 − Engagement Agreement # 2 Exhibit Verified Statement # 3 Certificate of Service # 4 Proposed Order) (Orenstein, Jeffrey)

33 − Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)19 Application to Employ filed by Debtor The Innovative Technologies Group & Co., LTD). (Attachments: # 1 Exhibit A # 2 Proposed Order) (Chappell, Addison)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/10/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769

Form ntchrgmdb (rev. 08/13/2024)