DER

_____ RETAIN

**David E Rice , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 10/29/2025 Time: 02:00

**CASE: 25-17998 Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., LTD**

Maurice Belmont VerStandig representing Blue Sun Scientific, LLC (Debtor)

Jeffrey M. Orenstein representing The Innovative Technologies Group & Co., LTD (Jointly Administered Debtor)

Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

[28] Exhibit/Witness List Filed by Addison J. Chappell (related document(s) 9 Exhibit E-09)

**MOVANT** : KPM Analytics North America Corporation BY A Chappell M Brown

[17] Application to Employ Smith Duggan Cornell & Gollub LLP as Special Counsel and Verified Statement of Proposed Party Filed by Blue Sun Scientific, LLC. (Attachments: #s2 Proposed Order)

**MOVANT** : Blue Sun Scientific, LLC BY M VerStandig

[22] Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s) 2 Proposed Order)

**MOVANT** : KPM Analytics North America Corporation BY A Chappell M Brown

[24] Exhibit/Witness List Filed by Addison J. Chappell (related document(s) 4 Exhibit R-04)

**MOVANT** : KPM Analytics North America Corporation BY A Chappell M Brown

[26] Exhibit/Witness List Filed by Jeffrey M. Orenstein (related document(s) 17 Application to Employ filed by Debtor Blue Sun Scientific, LLC).

**MOVANT** : Blue Sun Scientific, LLC The Innovative Technologies Group & Co., LTD BY M VerStandig J Orenstein J Orenstein

[27] Stipulation By Blue Sun Scientific, LLC, KPM Analytics North America Corporation, The Innovative Technologies Group & Co., LTD and KPM Analytics North America Corporation Filed by Jeffrey M. Orenstein (related document(s) 9 Exhibit 9 - Blue Sun Claims Register)

**MOVANT** : Blue Sun Scientific, LLC The Innovative Technologies Group & Co., LTD KPM Analytics North America Corporation BY M VerStandig J Orenstein J Orenstein A Chappell M Brown

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted\_\_\_\_ Denied\_\_\_\_ Withdrawn\_\_\_\_ Consent\_\_\_\_ Default\_\_\_ Under Adv.\_\_\_\_

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court           [ ] Filed by Counsel
    [ ] To be prepared by:
       [ ] Movant's counsel      [ ] Court
       [ ] Respondent's counsel  [ ] Other _____

NOTES:

*p. 17 - Application Approved*
*Objection Overruled*