**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **THE INNOVATIVE TECHNOLOGIES** | * | **Case No. 25-18000-DER** |
| **GROUP & CO., LTD.,** | | |
| | * | |
| **Debtor** | | **(Chapter 11)** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO WITHDRAW THE**
**APPEARANCE OF TIMOTHY R. VANCISIN**

Creditor Sandy Spring Bank, a division of Atlantic Union Bank ("Bank"), by its undersigned attorney and pursuant to Local Rule 9010-4(b), hereby requests that this Court approve the withdrawal of Timothy R. VanCisin as counsel for the Bank in the above-captioned case, and in support states as follows:

1.      Michael D. Nord and Timothy R. VanCisin, both of Gebhardt & Smith LLP, have entered their respective appearances in the above-captioned matter on behalf of the Bank. *See* Docs. 10, 11.

2.      This motion seeks only the withdrawal of Timothy R. VanCisin individually. Michael D. Nord of Gebhardt & Smith LLP will remain as counsel of record for the Bank.

3.      Because the Bank will continue to be represented by Michael D. Nord and Gebhardt & Smith LLP, the requested withdrawal will not prejudice any party, will not delay the proceedings, and will not adversely affect the administration of this case.

4.      The Bank has been advised of this Motion and consents to Timothy R. VanCisin's withdrawal.

WHEREFORE, Sandy Spring Bank, a division of Atlantic Union Bank, requests that the

Court approve the withdrawal of Timothy R. VanCisin's appearance in this matter.

Respectfully submitted,

/s/ Timothy R. VanCisin
Michael D. Nord (Bar No. 04395)
Timothy R. VanCisin (Bar No. 21538)
GEBHARDT AND SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5072
mnord@gebsmith.com
tvancisin@gebsmith.com

*Counsel to Sandy Spring Bank, a division of Atlantic Union Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December, 2025, I caused a copy of the foregoing to be sent electronically via the ECF system to all those persons registered to receive notice through the same in this case.

/s/ Timothy R. VanCisin
Timothy R. VanCisin