**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | | |
| **THE INNOVATIVE TECHNOLOGIES** | * | **Case No. 25-18000-DER** |
| **GROUP & CO., LTD.,** | | |
| | * | |
| **Debtor** | | **(Chapter 11)** |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel (the "Motion"), and for good cause shown, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that Timothy R. VanCisin is withdrawn as counsel of record for creditor Sandy Spring Bank, a division of Atlantic Union Bank, in this case; and it is further

ORDERED that Michael D. Nord of Gebhardt & Smith LLP will remain as counsel of record for Spring Bank, a division of Atlantic Union Bank; and it is further

ORDERED that the Clerk shall terminate the appearance of Timothy R. VanCisin in this case upon entry of this Order.

**END OF ORDER**