Entered: December 30th, 2025
Signed: December 29th, 2025
**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **25–18000 – DER**   Chapter: **11**

**The Innovative Technologies Group & Co., LTD**
Debtor

## ORDER STRIKING APPEARANCE OF TIMOTHY R. VANCISN AS COUNSEL FOR CREDITOR SANDY SPRING BANK

Upon consideration of the Motion to Withdraw Appearance filed by Timothy R. VanCisin, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of Timothy R. VanCisin, as counsel of record for Creditor Sandy Spring Bank, a division of Atlantic Union Bank is hereby stricken.

cc:   Debtor
      Attorney for Debtor – Jeffrey M. Orenstein

      Other Counsel – Michael D. Nord

### End of Order

01x03 (rev. 05/02/2000) – DanielWalston