# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–18000 – DER**   Chapter: **11**

**The Innovative Technologies Group & Co., LTD**
Debtor

## NOTICE TO REMOVE EXHIBITS

    Within thirty (30) days after the date of this notice, counsel for each party to the matter described in the caption of this notice, and each party appearing pro–se, shall remove from the Court's record in this case all of the party's trial and hearing exhibits and all sealed materials. **A COPY OF THIS NOTICE MUST BE PRESENTED WHEN YOU COME TO THE CLERK'S OFFICE TO REMOVE EXHIBITS**. If counsel or a party does not remove the party's exhibits and sealed exhibits within thirty (30) days, the Clerk may destroy or otherwise dispose of them, in the Clerk's discretion, without further notice. Refer to Local Bankruptcy Rule 9070–1(b).

Dated: 2/2/26

                                                      Mark A. Neal, Clerk of Court
                                                      by Deputy Clerk, Cherita Scott
                                                      410–962–7769

Form ntcrmex