

# Atlantic Union Bank®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | ▮▮▮▮▮▮ |
| Statement Date | 02/27/2026 |
| Statement Thru Date | 03/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00117007 M4389DDA022826055908 01 000000000 0117007 005

INNOVATIVE TECHNOLOGIES GROUP & CO LTD
DEBTOR IN POSSESSION CASE 25-18000 DER
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

## Customer Service Information

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CHECKING | ▮▮▮▮▮ | $0.00 | $49,394.94 |

## FLEX BUSINESS CHECKING                              Account Number: ▮▮▮▮▮

**Account Owner(s):** INNOVATIVE TECHNOLOGIES GROUP & CO LTD
DEBTOR IN POSSESSION CASE 25-18000 DER

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/2026** | **$24,758.55** |
| + Deposits and Credits  (5) | $82,723.09 |
| - Withdrawals and Debits  (50) | $58,086.70 |
| **Ending Balance as of 02/28/2026** | **$49,394.94** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $34,558.00 |
| Average Collected for Period | $34,558.00 |
| Minimum Balance for Period | $13,413.00 |





# PLAN FOR YOUR FUTURE

The best retirement plan option for business owners is the one that can meet both your personal financial objectives and your business goals. **Contact your Relationship Manager to choose an IRA plan that works best for you and your business.**

MEMBER FDIC / EQUAL HOUSING LENDER

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Other _____

☐ Other _____

_____
NUMBER AND STREET

_____
CITY AND STATE

_____        _____
DATE                                  AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

**Enter**

BALANCE THIS STATEMENT $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT

_____

_____

**Total**        _____

**Subtract**
CHECKS OUTSTANDING        _____

**Balance**        $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

00117007 0424835 0000-0004 M4389DDA022826055908 01 L 00117007



**Atlantic Union Bank®**

| | |
|---|---|
| Account Number | ██████ |
| Statement Date | 02/27/2026 |
| Statement Thru Date | 03/01/2026 |
| Page | 2 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---:|---:|---:|
| Feb 01 | BEGINNING BALANCE | | | $24,758.55 |
| Feb 02 | WIRE/OUT BNF:HANGZHOU BOZHOU ELECTRIC AP | | 92.62 | 24,665.93 |
| Feb 02 | WIRE/OUT BNF:HANGZHOU BOZHOU ELECTRIC AP | | 107.01 | 24,558.92 |
| Feb 02 | WIRE/OUT BNF:HANGZHOU BOZHOU ELECTRIC AP | | 176.59 | 24,382.33 |
| Feb 02 | POS PURCHASE NON-PIN<br>SP USHIO ESTORE CYPRESS CA QALRQLTV<br>*****2696 01/30 08:24 | | 948.75 | 23,433.58 |
| Feb 02 | POS PURCHASE NON-PIN<br>OFFICE DEPOT #5910 NEWVILLE PA<br>99999999 *****2696 01/30 11:17 | | 636.54 | 22,797.04 |
| Feb 02 | CONNECTYOURCARE/OPTUMCLAIM<br>INNOVATIVE TECHNOLOGIE | | 65.00 | 22,732.04 |
| Feb 02 | SBA EIDL LOAN/PAYMENT<br>1405608007<br>ROBERT WILT | | 731.00 | 22,001.04 |
| Feb 03 | POS PURCHASE NON-PIN<br>SAGE SOFTWARE INC IRVINE CA 73966496<br>*****2696 01/29 00:06 | | 412.11 | 21,588.93 |
| Feb 03 | POS PURCHASE NON-PIN<br>AMAZON MKTPL*D331Y9UX3 AMZN.COM/BILL WA<br>IN1400 *****2491 02/03 15:44 | | 32.90 | 21,556.03 |
| Feb 04 | POS PURCHASE NON-PIN<br>SDP-SI HICKSVILLE NY 5225<br>*****2696 02/03 02:20 | | 489.61 | 21,066.42 |
| Feb 04 | ADP PAYROLL FEES/ADP FEES<br>711878037INNOVATIVE TE | | 157.35 | 20,909.07 |
| Feb 05 | AMETEK PMT FROM:  1601 | 11,400.00 | | 32,309.07 |
| Feb 05 | POS PURCHASE NON-PIN<br>MCMASTER-CARR 630-834-9600 IL INC000<br>*****2491 02/03 17:20 | | 124.58 | 32,184.49 |
| Feb 06 | POS PURCHASE NON-PIN<br>ZORO TOOLS INC 855-2899676 IL 19388084<br>*****2491 02/03 02:57 | | 55.44 | 32,129.05 |
| Feb 06 | ADP PAYROLL FEES/ADP FEES<br>712259877INNOVATIVE TE | | 266.07 | 31,862.98 |
| Feb 06 | ADP PAYROLL FEES/ADP FEES<br>712257150INNOVATIVE TE | | 350.00 | 31,512.98 |
| Feb 06 | REPUBLICSERVICES/RSIBILLPAY<br>INNOVATIVE TECHNOLOGIE | | 651.37 | 30,861.61 |
| Feb 06 | BALTIMORE GAS AN/BILLPAY<br>THE INNOVATIVE TECHNOL | | 1,836.83 | 29,024.78 |
| Feb 09 | POS PURCHASE NON-PIN<br>ATT* BILL PAYMENT 800-331-0500 TX<br>0001 *****2491 02/06 02:20 | | 746.20 | 28,278.58 |
| Feb 09 | POS PURCHASE NON-PIN<br>WWW.BESTBUY.COM 888-BESTBUY MN<br>02242701 *****2491 02/05 09:48 | | 726.09 | 27,552.49 |
| Feb 09 | CONNECTYOURCARE/OPTUMCLAIM<br>INNOVATIVE TECHNOLOGIE | | 80.00 | 27,472.49 |
| Feb 09 | ALIC/INS PREM<br>INNVTV TECHNOLOGIES GR | | 104.23 | 27,368.26 |
| Feb 09 | UPSBILLCTR/PAYMENT<br>LOG IN TO THE UPS BILLING CENTER FOR PAY<br>MENT DETAILS.<br>INNOVATIVE TECHNOLOGIE | | 372.63 | 26,995.63 |
| Feb 09 | COMCAST-XFINITY/CABLE SVCS<br>INNOVATIVE TECHNOLOGIE | | 600.65 | 26,394.98 |
| Feb 09 | AMERICAN GEN LIF/INS_PAYMT<br>CATHY  WILT    260205 | | 607.26 | 25,787.72 |





| | Account Number |  |
|---|---|---|
| | Statement Date | 02/27/2026 |
| | Statement Thru Date | 03/01/2026 |
| | Page | 3 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|---------:|------------:|--------:|
| Feb 11 | ADP TAX/ADP TAX<br>INNOVATIVE TECHNOLOGIE | | 3,620.72 | 22,167.00 |
| Feb 11 | ADP WAGE PAY/WAGE PAY<br>INNOVATIVE TECHNOLOGIE | | 8,753.81 | 13,413.19 |
| Feb 12 | WIRE/IN ORG:BLUE SUN SCIENTIFIC LLC | 33,150.00 | | 46,563.19 |
| Feb 12 | POS PURCHASE NON-PIN<br>MCMASTER-CARR 630-834-9600 IL IN2000<br>*****2491 02/10 17:43 | | 179.85 | 46,383.34 |
| Feb 12 | POS PURCHASE NON-PIN<br>D31534358 180-072-2008 FL IN7400<br>*****2491 02/11 21:11 | | 43.28 | 46,340.06 |
| Feb 13 | POS PURCHASE NON-PIN<br>DKC*DIGI KEY CORP 800-344-4539 MN<br>IN8000 *****2491 02/13 04:32 | | 288.28 | 46,051.78 |
| Feb 13 | POS PURCHASE NON-PIN<br>D31548764 180-072-2008 FL IN1400<br>*****2491 02/13 14:00 | | 48.29 | 46,003.49 |
| Feb 13 | POS PURCHASE NON-PIN<br>D31548983 180-072-2008 FL IN1410<br>*****2491 02/13 14:00 | | 83.64 | 45,919.85 |
| Feb 13 | CONNECTYOURCARE/ADMIN-FEES<br>INNOVATIVE TECHNOLOGIE | | 22.00 | 45,897.85 |
| Feb 17 | WIRE/OUT BNF:NEWPORT CORPORATION | | 2,961.25 | 42,936.60 |
| Feb 17 | CONNECTYOURCARE/OPTUMCLAIM<br>INNOVATIVE TECHNOLOGIE | | 232.14 | 42,704.46 |
| Feb 18 | POS PURCHASE NON-PIN<br>MICRO CENTER ONLINE 703-204-8400 OH<br>16733122 *****2491 02/17 12:28 | | 186.69 | 42,517.77 |
| Feb 18 | THE HARTFORD/INSPMTCL<br>INNOVATIVE TECHNOLOGIE | | 2,473.81 | 40,043.96 |
| Feb 18 | THE HARTFORD/INSPMTCL<br>INNOVATIVE TECHNOLOGIE | | 4,520.32 | 35,523.64 |
| Feb 20 | POS PURCHASE NON-PIN<br>WWW.BESTBUY.COM 888-BESTBUY MN<br>06751433 *****2491 02/19 07:42 | | 31.79 | 35,491.85 |
| Feb 20 | POS PURCHASE NON-PIN<br>WWW.BESTBUY.COM 888-BESTBUY MN<br>06751433 *****2491 02/19 07:42 | | 127.16 | 35,364.69 |
| Feb 20 | ADP PAYROLL FEES/ADP FEES<br>713393378INNOVATIVE TE | | 283.97 | 35,080.72 |
| Feb 23 | CONNECTYOURCARE/OPTUMCLAIM<br>INNOVATIVE TECHNOLOGIE | | 168.11 | 34,912.61 |
| Feb 23 | SBA EIDL LOAN/PAYMENT<br>1405608007<br>ROBERT WILT | | 731.00 | 34,181.61 |
| Feb 24 | TRANSFER TO DIP FROM: 1601 | 3,000.00 | | 37,181.61 |
| Feb 24 | PRIMO BRANDS/ECHECKPAY<br>CATHY WILT | | 141.06 | 37,040.55 |
| Feb 25 | UPSBILLCTR/PAYMENT<br>LOG IN TO THE UPS BILLING CENTER FOR PAY<br>MENT DETAILS.<br>INNOVATIVE TECHNOLOGIE | | 299.55 | 36,741.00 |
| Feb 25 | ADP TAX/ADP TAX<br>INNOVATIVE TECHNOLOGIE | | 3,588.72 | 33,152.28 |
| Feb 25 | ADP WAGE PAY/WAGE PAY<br>INNOVATIVE TECHNOLOGIE | | 8,536.91 | 24,615.37 |
| Feb 26 | DEPOSIT | 2,010.09 | | 26,625.46 |
| Feb 26 | WIRE/IN ORG:BLUE SUN SCIENTIFIC LLC | 33,163.00 | | 59,788.46 |
| Feb 26 | CHECK #1035 | | 4,358.00 | 55,430.46 |



.



**Atlantic Union Bank**

| | |
|---|---|
| Account Number | |
| Statement Date | 02/27/2026 |
| Statement Thru Date | 03/01/2026 |
| Page | 4 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 26 | CAREFIRST BCBS/CF PREMIUM 100001388858 INNOVATIVE TECHNOLOGIE | | 4,811.50 | 50,618.96 |
| Feb 27 | POS PURCHASE NON-PIN IN *MOSHE OPERATIONS AN 410-8889228 MD IN1200 *****2491 02/26 22:14 | | 1,077.00 | 49,541.96 |
| Feb 27 | POS PURCHASE NON-PIN TESTEQUITY 800-9503457 TX 43580706 *****2491 02/26 04:10 | | 147.02 | 49,394.94 |
| Mar 01 | ENDING BALANCE | | | $49,394.94 |

## CHECK TRANSACTION SUMMARY          * Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | | |
|---|---|---|---|---|
| Feb 26 | 1035 | 4,358.00 | | |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 02/27/2026 |
| Statement Thru Date | 03/01/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00102790 M4389DDA022826055908 01 000000000 0102790 003

INNOVATIVE TECHNOLOGIES GROUP & CO
LTD
OPERATING ACCOUNT
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information


**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm


**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:


## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CKING PLUS | | $1.42 | $6,238.23 |

## FLEX BUSINESS CKING PLUS                              Account Number:

**Account Owner(s):   INNOVATIVE TECHNOLOGIES GROUP & CO LTD**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/2026** | **$21,263.61** |
| + Deposits and Credits  (1) | $0.25 |
| - Withdrawals and Debits  (4) | $15,025.63 |
| **Ending Balance as of 02/28/2026** | **$6,238.23** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $10,725.00 |
| Minimum Balance for Period | $6,237.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 02/28/2026 | $0.25 |
| Interest Paid Year to Date | $0.62 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $10,725.48 |
| Number of Days for APYE | 28 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 01 | BEGINNING BALANCE | | | $21,263.61 |





**PLAN FOR YOUR FUTURE**

The best retirement plan option for business owners is the one that can meet both your personal financial objectives and your business goals. **Contact your Relationship Manager to choose an IRA plan that works best for you and your business.**


MEMBER FDIC  EQUAL HOUSING LENDER

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct #

☐ Acct #

☐ Acct #

☐ Acct #

☐ Acct #

☐ Other

☐ Other

_____
NUMBER AND STREET

_____
CITY AND STATE

_____        _____
DATE                      AUTHORIZED SIGNATURE

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

### Enter
BALANCE THIS STATEMENT  $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT                _____

                                              _____

### Total                                _____

### Subtract
CHECKS OUTSTANDING          _____

### Balance                          $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



**Atlantic Union Bank**®

| | |
|---|---|
| Account Number | ███████ |
| Statement Date | 02/27/2026 |
| Statement Thru Date | 03/01/2026 |
| Page | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Feb 05 | AMETEK PMT TO: 9501 | | 11,400.00 | 9,863.61 |
| Feb 17 | XFER TO LN 6482700289 | | 495.63 | 9,367.98 |
| Feb 24 | TRANSFER TO DIP TO: 9501 | | 3,000.00 | 6,367.98 |
| Feb 25 | MONTHLY MAINTENANCE FEES | | 130.00 | 6,237.98 |
| Feb 27 | INTEREST EARNED | 0.25 | | 6,238.23 |
| Mar 01 | ENDING BALANCE | | | $6,238.23 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00102790 0375446 0002-0002

