**Atlantic Union Bank**®

PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | |
| Statement Date | 03/31/2026 |
| Statement Thru Date | 03/31/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00116539 M4389DDA040126052157 01 000000000 0116539 005

INNOVATIVE TECHNOLOGIES GROUP & CO
LTD
DEBTOR IN POSSESSION CASE 25-18000
DER
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

00116539 0437553 0001-0004

### Customer Service Information

**Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
   

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CHECKING | | $0.00 | $47,372.92 |

## FLEX BUSINESS CHECKING                                Account Number:

**Account Owner(s):   INNOVATIVE TECHNOLOGIES GROUP & CO LTD
DEBTOR IN POSSESSION CASE 25-18000 DER**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/2026** | **$49,394.94** |
| + Deposits and Credits  (2) | $84,940.00 |
| - Withdrawals and Debits  (62) | $86,962.02 |
| **Ending Balance as of 03/31/2026** | **$47,372.92** |
| Service Charges for Period | $170.00 |
| Average Balance for Period | $47,413.00 |
| Average Collected for Period | $47,413.00 |
| Minimum Balance for Period | $12,721.00 |


**FUEL YOUR BUSINESS GROWTH**

Get flexible terms and financing up to $5 million with a Small Business Adminstration loan. Our dedicated experts will guide you every step of the way to help fund your business's next move, from expansion to equipment, to real estate or working capital. **Visit AtlanticUnionBank.com/SBA to learn more.**

 MEMBER FDIC / EQUAL HOUSING LENDER

## Change of Address

Please change my
mailing address on the
accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

Acct #

Acct #

Acct #

Acct #

Acct #

Other

Other

_____
NUMBER AND STREET

_____
CITY AND STATE

_____    _____
DATE                    AUTHORIZED SIGNATURE

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

### Enter

BALANCE THIS STATEMENT  $ _____

### Add
DEPOSITS NOT CREDITED
ON THIS STATEMENT

_____

_____

### Total

_____

### Subtract
CHECKS OUTSTANDING

_____

### Balance

$ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.



| | Account Number | |
|---|---|---|
| | Statement Date | 03/31/2026 |
| | Statement Thru Date | 03/31/2026 |
| | Page | 2 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Mar 01 | BEGINNING BALANCE | | | $49,394.94 |
| Mar 02 | CONNECTYOURCARE/OPTUMCLAIM INNOVATIVE TECHNOLOGIE | | 100.00 | 49,294.94 |
| Mar 02 | AFLAC COLUMBUS/ACHPMT INNOVATIVETECHNOLOGIES | | 768.28 | 48,526.66 |
| Mar 03 | POS PURCHASE NON-PIN SP USHIO ESTORE ESTORE.USHIO. CA QALRQLTV *****2491 03/02 20:36 | | 1,877.55 | 46,649.11 |
| Mar 03 | CHECK #1036 | | 647.42 | 46,001.69 |
| Mar 03 | CHECK #1037 | | 2,895.00 | 43,106.69 |
| Mar 04 | POS PURCHASE NON-PIN HT MACHINE SHOP LLC 571-438-5509 VA 00009478 *****2491 03/03 02:52 | | 903.75 | 42,202.94 |
| Mar 04 | CHECK #1038 | | 5,555.00 | 36,647.94 |
| Mar 05 | POS PURCHASE NON-PIN ATT* BILL PAYMENT 800-331-0500 TX 0001 *****2491 03/04 01:52 | | 912.00 | 35,735.94 |
| Mar 05 | POS PURCHASE NON-PIN ULINE *SHIP SUPPLIES 800-295-5510 WI IN1410 *****2491 03/05 03:33 | | 809.20 | 34,926.74 |
| Mar 05 | POS PURCHASE NON-PIN DKC*DIGI KEY CORP 800-344-4539 MN INB700 *****2491 03/05 04:32 | | 174.12 | 34,752.62 |
| Mar 05 | AMERICAN GEN LIF/INS_PAYMT THE INNOVATIVE T260303 | | 303.63 | 34,448.99 |
| Mar 05 | QUARTERLY FEE/PAYMENT THE INNOVATIVE TECHNOL | | 1,316.67 | 33,132.32 |
| Mar 05 | BALTIMORE GAS AN/BILLPAY INNOVATIVE TECHNOLOGIE | | 2,445.61 | 30,686.71 |
| Mar 06 | ADP PAYROLL FEES/ADP FEES 714702203INNOVATIVE TE | | 270.11 | 30,416.60 |
| Mar 06 | COMCAST-XFINITY/CABLE SVCS INNOVATIVE TECHNOLOGIE | | 600.65 | 29,815.95 |
| Mar 06 | THE HARTFORD/INSPMTCL INNOVATIVE TECHNOLOGIE | | 829.58 | 28,986.37 |
| Mar 06 | THE HARTFORD/INSPMTCL INNOVATIVE TECHNOLOGIE | | 1,353.52 | 27,632.85 |
| Mar 09 | POS PURCHASE NON-PIN DKC*DIGI KEY CORP 800-344-4539 MN IN7900 *****2491 03/07 04:34 | | 290.57 | 27,342.28 |
| Mar 09 | POS PURCHASE NON-PIN MCMASTER-CARR 630-834-9600 IL IN9200 *****2491 03/06 10:20 | | 369.19 | 26,973.09 |
| Mar 09 | CONNECTYOURCARE/OPTUMCLAIM INNOVATIVE TECHNOLOGIE | | 80.00 | 26,893.09 |
| Mar 09 | ALIC/INS PREM INNVTV TECHNOLOGIES GR | | 104.23 | 26,788.86 |
| Mar 11 | POS PURCHASE NON-PIN WWW.BESTBUY.COM 888-BESTBUY MN 06751433 *****2491 03/09 14:56 | | 169.59 | 26,619.27 |
| Mar 11 | POS PURCHASE NON-PIN IN *MOSHE OPERATIONS AN 410-8889228 MD INC300 *****2491 03/10 00:50 | | 165.50 | 26,453.77 |
| Mar 11 | ADP TAX/ADP TAX INNOVATIVE TECHNOLOGIE | | 3,504.31 | 22,949.46 |
| Mar 11 | ADP WAGE PAY/WAGE PAY INNOVATIVE TECHNOLOGIE | | 8,602.11 | 14,347.35 |
| Mar 12 | TRANSFER TO DIP NORDSON 2602022LT FROM: 1601 | 14,940.00 | | 29,287.35 |





| | Account Number | |
|---|---|---|
| Statement Date | 03/31/2026 | |
| Statement Thru Date | 03/31/2026 | |
| Page | 3 | |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Mar 12 | UPSBILLCTR/PAYMENT<br>LOG IN TO THE UPS BILLING CENTER FOR PAY<br>MENT DETAILS.<br>INNOVATIVE TECHNOLOGIE | | 173.54 | 29,113.81 |
| Mar 13 | POS PURCHASE NON-PIN<br>EDMUND OPTICS INC WWW.EDMUNDOPT NJ<br>IN8900 *****2491 03/12 03:40 | | 459.00 | 28,654.81 |
| Mar 13 | POS PURCHASE NON-PIN<br>PCB UNLIMIT SAN JOSE CA 69423887<br>*****2491 03/13 13:37 | | 575.00 | 28,079.81 |
| Mar 16 | POS PURCHASE NON-PIN<br>MCMASTER-CARR 630-834-9600 IL INB900<br>*****2491 03/13 09:57 | | 331.06 | 27,748.75 |
| Mar 16 | CONNECTYOURCARE/OPTUMCLAIM<br>INNOVATIVE TECHNOLOGIE | | 301.56 | 27,447.19 |
| Mar 16 | CHECK #1041 | | 1,703.50 | 25,743.69 |
| Mar 17 | POS PURCHASE NON-PIN<br>KINLOCH CPA COLUMBIA MD IN1630<br>*****2491 03/17 02:48 | | 4,000.00 | 21,743.69 |
| Mar 17 | CHECK #1039 | | 9,000.00 | 12,743.69 |
| Mar 17 | CONNECTYOURCARE/ADMIN-FEES<br>INNOVATIVE TECHNOLOGIE | | 22.00 | 12,721.69 |
| Mar 18 | BLUE SUN SCIENTI/ACH PAYMEN<br>26-0305-1LT<br>INNOVATIVE TECH | 70,000.00 | | 82,721.69 |
| Mar 18 | CHECK #1040 | | 647.42 | 82,074.27 |
| Mar 20 | ADP PAYROLL FEES/ADP FEES<br>715882803INNOVATIVE TE | | 266.07 | 81,808.20 |
| Mar 23 | CONNECTYOURCARE/OPTUMCLAIM<br>INNOVATIVE TECHNOLOGIE | | 100.00 | 81,708.20 |
| Mar 24 | POS PURCHASE NON-PIN<br>B&H PHOTO 800-606-6969 800-2215743 NY<br>00000005 *****2491 03/23 22:46 | | 275.58 | 81,432.62 |
| Mar 25 | POS PURCHASE NON-PIN<br>WWW.BESTBUY.COM 888-BESTBUY MN<br>06751433 *****2491 03/24 14:18 | | 26.49 | 81,406.13 |
| Mar 25 | POS PURCHASE NON-PIN<br>BT    *CMS MAGNETICS 197-251-6069 TX<br>INA500 *****2491 03/24 21:17 | | 205.62 | 81,200.51 |
| Mar 25 | CHECK #1042 | | 305.23 | 80,895.28 |
| Mar 25 | ADP TAX/ADP TAX<br>INNOVATIVE TECHNOLOGIE | | 3,740.76 | 77,154.52 |
| Mar 25 | ADP WAGE PAY/WAGE PAY<br>INNOVATIVE TECHNOLOGIE | | 9,233.27 | 67,921.25 |
| Mar 25 | MONTHLY MAINTENANCE FEES | | 170.00 | 67,751.25 |
| Mar 26 | POS PURCHASE NON-PIN<br>WWW.BESTBUY.COM 888-BESTBUY MN<br>06751433 *****2491 03/24 14:18 | | 169.59 | 67,581.66 |
| Mar 26 | POS PURCHASE NON-PIN<br>TEQUIPMENT 732-7282590 NJ 76188188<br>*****2491 03/24 23:37 | | 42.84 | 67,538.82 |
| Mar 26 | CHECK #1043 | | 4,637.25 | 62,901.57 |
| Mar 26 | CHECK #1044 | | 1,560.00 | 61,341.57 |
| Mar 27 | POS PURCHASE NON-PIN<br>MCMASTER-CARR 630-834-9600 IL IN8000<br>*****2491 03/25 17:21 | | 171.65 | 61,169.92 |
| Mar 27 | POS PURCHASE NON-PIN<br>WWW.BESTBUY.COM 888-BESTBUY MN<br>06751433 *****2491 03/24 14:18 | | 26.49 | 61,143.43 |

00116539 0437556 0003-0004





| | | | |
|---|---|---|---|
| Account Number | | | ████████ |
| Statement Date | | | 03/31/2026 |
| Statement Thru Date | | | 03/31/2026 |
| Page | | | 4 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Mar 27 | POS PURCHASE NON-PIN<br>DKC*DIGI KEY CORP 800-344-4539 MN<br>IN8200 *****2491 03/27 05:14 | | 1,381.33 | 59,762.10 |
| Mar 27 | ADP PAYROLL FEES/ADP FEES<br>716480168INNOVATIVE TE | | 17.90 | 59,744.20 |
| Mar 27 | PRIMO BRANDS/ECHECKPAY<br>CATHY WILT | | 67.94 | 59,676.26 |
| Mar 27 | UPSBILLCTR/PAYMENT<br>LOG IN TO THE UPS BILLING CENTER FOR PAY<br>MENT DETAILS.<br>INNOVATIVE TECHNOLOGIE | | 269.11 | 59,407.15 |
| Mar 27 | COMCAST-XFINITY/CABLE SVCS<br>INNOVATI *INNOVATI | | 600.49 | 58,806.66 |
| Mar 27 | REPUBLICSERVICES/RSIBILLPAY<br>INNOVATIVE TECHNOLOGIE | | 651.37 | 58,155.29 |
| Mar 27 | SBA EIDL LOAN/PAYMENT<br>1405608007<br>ROBERT WILT | | 731.00 | 57,424.29 |
| Mar 27 | CAREFIRST BCBS/CF PREMIUM<br>100001399587<br>INNOVATIVE TECHNOLOGIE | | 4,811.50 | 52,612.79 |
| Mar 30 | CONNECTYOURCARE/OPTUMCLAIM<br>INNOVATIVE TECHNOLOGIE | | 50.00 | 52,562.79 |
| Mar 30 | AFLAC COLUMBUS/ACHPMT<br>INNOVATIVETECHNOLOGIES | | 768.28 | 51,794.51 |
| Mar 31 | POS PURCHASE NON-PIN<br>WEB*IPAGE IPAGE.COM MA 29485250<br>*****2491 03/30 22:25 | | 63.59 | 51,730.92 |
| Mar 31 | CHECK #1047 | | 4,358.00 | 47,372.92 |
| Mar 31 | ENDING BALANCE | | | $47,372.92 |

## CHECK TRANSACTION SUMMARY

* Indicates a Skip in Check Number(s)

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| Mar 03 | 1036 | 647.42 | Mar 18 | 1040 | 647.42 | Mar 26 | 1043 | 4,637.25 |
| Mar 03 | 1037 | 2,895.00 | Mar 16 | 1041 | 1,703.50 | Mar 26 | 1044 | 1,560.00 |
| Mar 04 | 1038 | 5,555.00 | Mar 25 | 1042 | 305.23 | Mar 31 | *1047 | 4,358.00 |
| Mar 17 | 1039 | 9,000.00 | | | | | | |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





PO Box 5568 • Glen Allen, VA 23058

| | |
|---|---|
| Account Number | ▮▮▮ |
| Statement Date | 03/31/2026 |
| Statement Thru Date | 03/31/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |



00102229 M4389DDA040126052157 01 000000000 0102229 003

INNOVATIVE TECHNOLOGIES GROUP & CO
LTD
OPERATING ACCOUNT
8017 DORSEY RUN RD STE H
JESSUP MD 20794-9372

### Customer Service Information

 **Customer Care Center:**
800.990.4828
Monday - Friday: 7am-8pm
Saturday: 7am-5pm

**Mailing Address:**
PO Box 5568
Glen Allen, VA 23058

**Visit Us Online:**
AtlanticUnionBank.com

Follow us on:
  

## RELATIONSHIP SUMMARY AND CURRENT STATEMENT ACTIVITY

| Account Type | Account Number | Interest Paid In 2025 | Balance |
|---|---|---|---|
| FLEX BUSINESS CKING PLUS | ▮▮▮ | $1.42 | $10,199.58 |

## FLEX BUSINESS CKING PLUS                                      Account Number: ▮▮▮

**Account Owner(s):   INNOVATIVE TECHNOLOGIES GROUP & CO LTD**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 03/01/2026** | **$6,238.23** |
| + Deposits and Credits  (3) | $26,340.27 |
| - Withdrawals and Debits  (5) | $22,378.92 |
| **Ending Balance as of 03/31/2026** | **$10,199.58** |
| Service Charges for Period | $0.00 |
| Average Collected for Period | $10,534.00 |
| Minimum Balance for Period | $6,238.00 |

### Earnings Summary

| | |
|---|---|
| Interest for Period Ending 03/31/2026 | $0.27 |
| Interest Paid Year to Date | $0.89 |
| Annual Percentage Yield Earned (APYE) | 0.03% |
| Average Balance for APYE | $10,534.27 |
| Number of Days for APYE | 31 |

## TRANSACTION DETAIL

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Mar 01 | BEGINNING BALANCE | | | $6,238.23 |

 

## FUEL YOUR BUSINESS GROWTH

Get flexible terms and financing up to $5 million with a Small Business Adminstration loan. Our dedicated experts will guide you every step of the way to help fund your business's next move, from expansion to equipment, to real estate or working capital. **Visit AtlanticUnionBank.com/SBA to learn more.**



## Change of Address

Please change my mailing address on the accounts listed below:

Please detach and mail to:

ATLANTIC UNION BANK
P.O. BOX 5568
GLEN ALLEN, VA 23058

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

☐ Acct # _____

NUMBER AND STREET

☐ Other _____

CITY AND STATE

☐ Other _____

DATE _____    AUTHORIZED SIGNATURE _____

---

## Checkbook Reconciliation

### Checks Outstanding

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

**Enter**

BALANCE THIS STATEMENT   $ _____

**Add**
DEPOSITS NOT CREDITED
ON THIS STATEMENT         _____

                         _____

**Total**                 _____

**Subtract**
CHECKS OUTSTANDING        _____

**Balance**   $ _____

SHOULD AGREE WITH YOUR
CHECKBOOK BALANCE AFTER
DEDUCTING CHARGES AND
ADDING CREDITS INCLUDED ON
THIS STATEMENT, BUT NOT SHOWN
IN YOUR CHECKBOOK.

*Please report any discrepancies within 14 days

---

## Important Notice Concerning Electronic Fund Transfers
### (applies to consumer accounts only)

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (employer or governmental direct deposits of pay or benefits, and payments you have authorized for direct deduction from your account) call us at 800.990.4828 or write us at the address on the front of this statement.

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### PREAUTHORIZED DEPOSITS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at 800.990.4828 to find out whether or not the deposit was made as scheduled.

00102229 0386464 0000-0002 M4389DDA040126052157 01  L  00102229


**Atlantic Union Bank**®

| | | |
|---|---|---|
| Account Number | ▮▮▮▮▮▮ | |
| Statement Date | | 03/31/2026 |
| Statement Thru Date | | 03/31/2026 |
| Page | | 2 |

## TRANSACTION DETAIL (Continued)

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| Mar 11 | NORDSON/EDI/ACH INNOVATIVE TECHN | 14,940.00 | | 21,178.23 |
| Mar 12 | AMETEKINC/IP INNOVATIVE TECHN | 11,400.00 | | 32,578.23 |
| Mar 12 | ACH PAYMENTS TRACKING ID:6258597 TO: 74 43 | | 3,900.00 | 28,678.23 |
| Mar 12 | TRANSFER TO DIP NORDSON 2602022LT TO: 9 501 | | 14,940.00 | 13,738.23 |
| Mar 16 | XFER TO LN 6482700289 | | 447.67 | 13,290.56 |
| Mar 24 | ACH PAYMENTS TRACKING ID:6458518 TO: 74 43 | | 2,961.25 | 10,329.31 |
| Mar 25 | MONTHLY MAINTENANCE FEES | | 130.00 | 10,199.31 |
| Mar 31 | INTEREST EARNED | 0.27 | | 10,199.58 |
| Mar 31 | ENDING BALANCE | | | $10,199.58 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

00102229 0386465 0002-0002

