UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No.  25-17998-DER |
| | | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No.  25-18000-DER |
| | | Chapter 11 |
| | * | |
| Debtor | | Jointly administered under Case No. 25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER EXTENDING EXCLUSIVE PERIOD TO
OBTAIN ACCEPTANCE OF PLAN OF REORGANIZATION

Upon consideration of the Motion for Order Extending Exclusive Period to Obtain Acceptance of Plan of Reorganization (the "Motion") filed The Innovative Technologies Group & Co., LTD ("ITG"); this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; this Court determined that notice of the Motion was appropriate under the circumstances and no other notice need be provided.  Having reviewed the Motion and having heard the statements in

support of the relief requested therein at a hearing before this Court (the "Hearing"), having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief requested herein; upon all of the proceedings had before this Court in ITG's bankruptcy case, and after due deliberation and sufficient cause appearing therefor, it is this day by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that ITG's exclusive period for obtaining acceptances of its Plan of Reorganization (the "Acceptance Period") is extended until December 31, 2026; and it is further

ORDERED, that the entry of this Order is without prejudice to ITG's right to seek from this Court such additional and further extensions of the Acceptance Period as may be necessary or appropriate; and it is further

ORDERED, that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a); and it is further.

ORDERED that, notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

cc:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street
Suite 2625
Baltimore, Maryland 21202

Carol J. Hulme, Esq.
General Attorney
Baltimore/Richmond Offices
Office of General Counsel
U.S. Small Business Administration

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Timothy VanCisin, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

**END OF ORDER**