United States Bankruptcy Court

District of Maryland

In re:

The Innovative Technologies Group & Co.,

    Debtor

Case No. 25-18000-DER

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-1

Date Rcvd: Jul 02, 2026

User: admin

Form ID: ntchrgb3

Page 1 of 2

Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | The Innovative Technologies Group & Co., LTD, 8017 Dorsey Run Road, Suite H, Jessup, MD 20794-9372 |
| intp | | Blue Sun Scientific, LLC, 8017 Dorsey Run Rd, Suite H, Jessup, MD 20794-9372 |
| cr | + | KPM Analytics North America Corporation, c/o Miles & Stockbridge P.C., Addison J. Chappell, Esquire, 100 Light Street, 7th Floor, Baltimore, MD 21202-1153 |
| cr | + | Sandy Spring Bank, a division of Atlantic Union Ba, c/o Michael D. Nord, Gebhardt & Smith LLP, 1 South Street, Suite 2200, Baltimore, MD 21202-3343 |
| 32946759 | + | Aaron Coleman, 6008 Quebec St., Berwyn Heights, MD 20740-2736 |
| 32946781 | + | Bradley Atlantic Insurance, 209 East Jarrettsville Road, Forest Hill, MD 21050-1684 |
| 32946825 | + | Care First, 1501 South Clinton Street, Baltimore, MD 21224-5744 |
| 32946775 | + | Digi-Key Corporation, 701 Brooks Ave S, Thief River Falls, MN 56701-2703 |
| 32946777 | + | Esco Products, 2501 Central Parkway, Suite A-5, Houston, TX 77092-7726 |
| 32946779 | + | GPD Optoelectronics, 7 Manor Parkway, Salem, NH 03079-2842 |
| 32946778 | + | Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4346 |
| 32946780 | + | HT Machine Shop, LLC, 2712 Occidental Drive, Vienna, VA 22180-7058 |
| 32946787 | + | KPM Analytics North America Corporation, 8 Technology Drive, Westborough, MA 01581-1756 |
| 32946790 | + | Lana Sapojnik, 3204 Old Post Dr #6, Pikesville, MD 21208-3214 |
| 32946792 | + | Linda Taylor, 3555 Floating Leaf Lane, Laurel, MD 20724-1995 |
| 32946800 | + | R/S Electronics, Inc., 4 Professional Drive, Suite 118, Gaithersburg, MD 20879-3424 |
| 32946808 | + | Smith Duggan Cornell & Gollub LLP, c/o Dana Zakarian, Esq., 55 Old Bedford Road, Suite 300, Lincoln, MA 01773-1125 |
| 32946809 | + | T&M Machine Shop, 12201-A Distribution Way, Beltsville, MD 20705-1418 |
| 32946810 | + | Terrace Assembly, 395 Timberton Circle, Bellefonte, PA 16823-9071 |
| 32946811 | + | The Hartford Insurance Group, Inc., 690 Asylum Avenue, Hartford, CT 06155-0002 |
| 32946812 | + | Todd & Weld LLP, One Federal Street, Boston, MA 02110-2010 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 32946760 | + | Email/Text: mgeorge@aflac.com | Jul 02 2026 19:48:00 | AFLAC, 1932 Wynnton Rd., Columbus, GA 31999-0002 |
| 32946764 | ^ | MEBN | Jul 02 2026 19:42:57 | Baltimore Gas & Electric, P.O. Box 13070, Philadelphia, PA 19101-3070 |
| 32946819 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 02 2026 19:49:33 | Wells Fargo, P.O. Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0416-1                            User: admin                                    Page 2 of 2
Date Rcvd: Jul 02, 2026                         Form ID: ntchrgb3                               Total Noticed: 24

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Hugh M. (UST) Bernstein | hugh.m.bernstein@usdoj.gov |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Matthew Eliot Abbott | MAbbott@wolawgroup.com  KDriscoll@wolawgroup.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael Benjamin Brown | mbbrown@milesstockbridge.com  jdiaz@milesstockbridge.com |
| Michael David Nord | mnord@gebsmith.com |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re:   Case No.: **25–18000 – DER**   Chapter: **11**

**The Innovative Technologies Group & Co., LTD**
Debtor

# NOTICE

In person hearing Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 7/22/26 at 02:30 PM to consider and act upon the following:

64 – Motion to Extend Time for Exclusivity Period for Obtaining Approval of Plan Filed by The Innovative Technologies Group & Co., LTD. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Orenstein, Jeffrey)

67 – Objection on behalf of KPM Analytics North America Corporation Filed by Addison J. Chappell (related document(s)64 Motion to Extend Time filed by Debtor The Innovative Technologies Group & Co., LTD). (Chappell, Addison)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/2/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410–962–7769

Form ntchrgmdb (rev. 08/13/2024)