Entered: August 14th, 2026
Signed: August 14th, 2026

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| BLUE SUN SCIENTIFIC, LLC | * | No.  25-17998-DER |
| | | Chapter 11 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | |
| THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD | * | No.  25-18000-DER |
| | | Chapter 11 |
| | * | |
| Debtor | | Jointly administered under Case No. 25-17998-DER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING APPLICATION TO EMPLOY
ANDREW J. RUNGE AND CIRCLE FORENSIC CONSULTING, LLC

The matter before the Court in the above-captioned case is an Application for Authority

to Employ Andrew J. Runge and Circle Forensic Consulting, LLC (the Application") filed by

The Innovative Technologies Group & Co., LTD, one of the Debtors and Debtors-in-

Possession (the "Debtor") in the above captioned jointly administered cases.  By the Application,

the Debtor requests that it be permitted to employ Andrew J. Runge and Circle Forensic

1

Consulting, LLC ("Experts") as the Debtor's expert in the areas of valuation of the Debtor and its stock on the terms and conditions set forth in the Application. The Court has reviewed the Application and the employment terms and notes that no objections have been filed to the Application. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Application to employ Experts is hereby granted; and it is further

ORDERED, that the Debtor is authorized to employ Experts upon the terms and conditions set forth in the Application; and it is further

ORDERED, that the Debtor is authorized to deliver the sum of $4,000.00 to Experts upon entry of this Order; and it is further

ORDERED, that the Debtor is authorized to deliver the sum of $11,000.00 to Experts twenty-five (25) days after the entry of this Order in exchange for the delivery of Experts' Report; and it is further

ORDERED, that the Debtor shall not make any additional payments to Experts without the entry of an Order approving such payments following the filing of an Application, notice, and hearing.

cc:

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21202

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Michael Benjamin Brown
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Addison Chappell, Esq.
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

Michael D. Nord, Esq.
Gebhardt and Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Carol J. Hulme, Esq.
District Counsel
Richmond/Baltimore
100 S. Charles St., Ste 1201
Baltimore, MD 21201

**END OF ORDER**