**The Innovation Technologies Group & Co., LTD**
**Itemize Weekly Late Fees**
**Invoice 7898**

| Due | Amount due | Late Fee per Week 3.50% | Revised Balance |
|---|---|---|---|
| 2/6/2025 | 2,782.03 | | 2,782.03 |
| 2/13/2025 | 2,782.03 | 97.37 | 2,879.40 |
| 2/20/2025 | 2,879.40 | 100.78 | 2,980.18 |
| 2/27/2025 | 2,980.18 | 104.31 | 3,084.49 |
| 3/6/2025 | 3,084.49 | 107.96 | 3,192.44 |
| 3/13/2025 | 3,192.44 | 111.74 | 3,304.18 |
| 3/20/2025 | 3,304.18 | 115.65 | 3,419.83 |
| 3/27/2025 | 3,419.83 | 119.69 | 3,539.52 |
| 4/3/2025 | 3,539.52 | 123.88 | 3,663.40 |
| 4/10/2025 | 3,663.40 | 128.22 | 3,791.62 |
| 4/17/2025 | 3,791.62 | 132.71 | 3,924.33 |
| 4/24/2025 | 3,924.33 | 137.35 | 4,061.68 |
| 5/1/2025 | 4,061.68 | 142.16 | 4,203.84 |
| 5/8/2025 | 4,203.84 | 147.13 | 4,350.97 |
| 5/15/2025 | 4,350.97 | 152.28 | 4,503.26 |
| 5/22/2025 | 4,503.26 | 157.61 | 4,660.87 |
| 5/29/2025 | 4,660.87 | 163.13 | 4,824.00 |
| 6/5/2025 | 4,824.00 | 168.84 | 4,992.84 |
| 6/12/2025 | 4,992.84 | 174.75 | 5,167.59 |
| 6/19/2025 | 5,167.59 | 180.87 | 5,348.46 |
| 6/26/2025 | 5,348.46 | 187.20 | 5,535.65 |
| 7/3/2025 | 5,535.65 | 193.75 | 5,729.40 |
| 7/10/2025 | 5,729.40 | 200.53 | 5,929.93 |
| 7/17/2025 | 5,929.93 | 207.55 | 6,137.48 |
| 7/24/2025 | 6,137.48 | 214.81 | 6,352.29 |
| 7/31/2025 | 6,352.29 | 222.33 | 6,574.62 |
| 8/7/2025 | 6,574.62 | 230.11 | 6,804.73 |
| 8/14/2025 | 6,804.73 | 238.17 | 7,042.90 |
| 8/21/2025 | 7,042.90 | 246.50 | 7,289.40 |
| 8/28/2025 | 7,289.40 | 255.13 | 7,544.53 |
| 9/4/2025 | 7,544.53 | 264.06 | 7,808.58 |
| **Total Interest** | | 5,026.55 | |